## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>     v.<br><br>NuWave, LLC<br><br>               Defendant. | Case No. 1:18-cv-3550<br><br>(JURY TRIAL DEMANDED) |

## CLASS ACTION COMPLAINT

1.      Plaintiff Elizabeth Aguilera ("Plaintiff"), on behalf of herself and all others similarly situated, brings this Class Action Complaint against Defendant NuWave, LLC ("NuWave" or "Defendant") and in support alleges as follows:

## NATURE OF THIS ACTION

2.      NuWave, LLC, founded in 1993, is a manufacturer and retailer of kitchen appliances. NuWave's flagship product is the NuWave Oven, a countertop oven that uses a combination of infrared, conduction, and convection heat to cook food.[1] NuWave claims that its ovens are unique because of their "high-quality plastic dome[s] … selected for their high durability."[2] By NuWave's own estimation, "over 6 million NuWave Ovens have been sold" since the product first launched.[3]

3.      NuWave markets and sells two of its four current NuWave Oven models, the NuWave Oven Pro and the NuWave Oven Pro Plus ("Pro Model Ovens" or "Ovens"),[4] with clear plastic domes ("Standard Domes" or "Domes") that are susceptible to cracking after minimal

---

[1] *See Features*, NuWave, http://www.nuwaveoven.com/common/NW52T08/features.asp (last visited Apr. 30, 2018).
[2] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited Apr. 30, 2018).
[3] *About Us*, Nuwave, https://nuwavenow.com/AboutUs (last visited Apr. 30, 2018).
[4] *See Current NuWave Models*, NuWave, http://www.nuwaveoven.com/common/NW52T08/features.asp (last visited Apr. 30, 2018).

usage. Accordingly, NuWave sells a product into the stream of commerce that does not perform as promised and suffers from a uniform defect.

4.      Notably, this defect is the subject of hundreds of online complaints, many of which NuWave has publicly responded to.[5] Yet despite NuWave's knowledge of the defect, it continues to falsely advertise the Pro Model Ovens as being "high-quality,"[6] "dishwasher safe,"[7] and "durable [and] shatter resistant."[8]

5.      These marketing representations constitute express warranties, as does the following statement in the owner's manual NuWave provides to each purchaser of the Pro Model Ovens:

> **The infrared cooking system including** power head, **dome**, cooking rack, liner pan, base, and all electrical components **are to be free from defects and [sic] workmanship** under normal household use, when operated in accordance with the Manufacturer's written instructions provided with each unit for one (1) year from date of purchase.[9]

6.      By selling its Pro Model Ovens with a known defect that causes them to crack in less than a year, NuWave violates these express warranties.

7.      NuWave also fails to live up to its promises when the defect manifests itself.

---

[5] *See, e.g.*, *NuWave Oven Reviews and Complaints*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-nuwave-dome-review-from-orlando-florida-20150617652076.html; https://nuwave-oven.pissedconsumer.com/nuwave-oven-dome-20150914699410.html; https://nuwave-oven.pissedconsumer.com/nuwave-oven-nuwave-dome-review-from-bellevue-washington-20150414621901.html; https://nuwave-oven.pissedconsumer.com/nuwave-oven-nuwave-dome-review-from-port-lincoln-south-australia-20150627656993.html; https://nuwave-oven.pissedconsumer.com/nuwave-dome-issues-and-nuwave-wants-me-to-pay-65-dollars-for-a-new-improved-dome-20150612649201.html (all last visited Apr. 30, 2018).

[6] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited Apr. 30, 2018).

[7] *Id.*

[8] *See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited Apr. 30, 2018).

[9] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC, http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited Apr. 30, 2018) (emphasis added).

NuWave specifically warrants that it will provide replacement parts or repairs for its Ovens within

the one-year warranty period:

> The NuWave Oven is covered for a full one (1) year under normal use.
> NuWave, LLC will provide the necessary parts and labor to repair or replace the
> NuWave Oven during this time.[10]

However, this offer is illusory. The Standard Dome is frequently out of stock, and even when it is in

stock, consumers must pay shipping and handling costs almost equivalent to the price of the

product in order to obtain one.

8.      In fact, instead of providing consumers with free, non-defective replacements for

their cracked and unusable Standard Domes, NuWave has a standard practice of manipulating

consumers into paying to upgrade to NuWave's newer, more expensive Power Dome, an amber-

colored dome which is advertised as being "virtually indestructible."[11] NuWave specifically tells

consumers who complain about the defective Standard Domes that they should pay extra to

upgrade to the Power Dome in order to avoid future issues.[12] Notably, despite the company's

claims that the Power Dome is "shatter-resistant" and "uses similar technology applied in the

manufacturing of jumbo jet windshields and NASA spaceships,"[13] it is also susceptible to

cracking.[14]

---

[10] *NuWave Oven Terms and Conditions*, NuWave,
https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited Apr. 30, 2018).
[11] The Power Dome currently retails for $48.90 on NuWave's website, ($34.95 plus approximately
$13.95 shipping and handling).  Some consumers have reported that the company has offered to send
them the new dome for a "warranty price" of $20.00 plus shipping and handling.  In any event,
consumers should not have to pay anything to replace their domes because of a defect NuWave
promised it would remedy.
[12] *See, e.g., NuWave Oven Consumer Complaint*, Pissed Consumer https://nuwave-
oven.pissedconsumer.com/nuwave-oven-dome-20150914699410.html (last visited Apr. 30, 2018) (in
response to a consumer complaint regarding a cracked oven dome, Jessica C, a verified NuWave
representative writes: "Nuwave continues to strive to update and refine our products to be more
modern and efficient. That being said we do now offer our new Power Dome … The virtually-
indestructible Power Dome is built to withstand extreme temperatures … the Power Dome uses
similar technology applied in the manufacturing of jumbo jet windshields and NASA spaceships.")
[13] *Id.*
[14] *See, e.g., NuWave Oven Consumer Complaints and Reviews*, Pissed Consumer https://nuwave-
oven.pissedconsumer.com/power-dome-20130330396828.html; https://nuwave-
oven.pissedconsumer.com/elite-model-w-super-dome-cracked-after-only-11-mos-despite-3-yr-
warranty-20140918536002.html (last visited Apr. 30, 2018).

9.      Consumers who, despite NuWave's unfair and deceptive tactics described above, are able to obtain a replacement Standard Dome find that it suffers from the same defect as the one they originally purchased. Many consumers, including Plaintiff Elizabeth Aguilera, have gone through the trouble of replacing their defective Domes multiple times, only to experience the same cracking each time.

10.     Plaintiff and consumers like her have all experienced the same defect— failure of the Standard Domes via cracking or shattering—after using the Pro Model Ovens for a brief period. Despite numerous consumer complaints, however, NuWave has not publicly acknowledged the defect or attempted to fix it. Further, consumers cannot take advantage of NuWave's one-year warranty as detailed herein.

11.     NuWave continues to promote and market its faulty Pro Model Ovens and continues to profit handsomely from their sale, as well as from the sale of its Power Domes, which consumers are urged to buy when their Standard Domes fail or they complain about the defect. NuWave's conduct is deceptive and harmful to consumers.

12.     The Standard Dome is a material feature of the Pro Model Ovens. Without intact domes, the ovens are essentially worthless. Not only are ovens with cracked Domes incapable of properly retaining heat, they are also not safe to use. Specifically, the cracked Domes may emit heat, steam, or hot oil that can cause burns or other injuries. The cracked Domes also pose a fire hazard. Indeed, the first page of the NuWave Oven Pro Plus owner's manual instructs consumers to "never operate this appliance if it has … [been] damaged."[15]

13.     Reasonable consumers expect that the Pro Model Ovens, which retail for up to $150.80 on NuWave's website,[16] will continue to be functional and safe after minimal use. And reasonable consumers, including Plaintiff, would not have purchased the Pro Model Ovens, or

---

[15] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC, http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited Apr. 30, 2018).
[16] $119.85 plus approximately $30.95 shipping and handling.

would have paid less for them, had they known the ovens suffer from a defect that causes their domes to crack.

14.     As a result of the defect in the Pro Model Ovens, which is well-documented and known to Defendant, Plaintiff and the proposed class have suffered damages.

## THE PARTIES

15.     Plaintiff Elizabeth Aguilera is and was at all relevant times a citizen of the State of Florida, residing in the City of Cape Coral, Florida.

16.     Defendant NuWave, LLC is an Illinois corporation with its headquarters and principal place of business in Libertyville, Illinois. NuWave designs, manufactures, and markets a range of kitchen appliances, including various models of the NuWave Oven, the NuWave Precision Induction Cooktop, the NuWave Brio Digital Air Fryer, and the NuWave Nutri-Pot Digital Pressure Cooker. NuWave sells its products globally through its website, as well as through various retailers, including Walmart, Macy's, Kohl's, Bed Bath and Beyond, Home Depot, Sears, Best Buy, and Target.

## JURISDICTION AND VENUE

17.     This Court has original jurisdiction over this civil action under 28 U.S.C. § 1332(d) because this action is a class action filed under Rule 23 of the Federal Rules of Civil Procedure, the amount in controversy exceeds $5,000,000, and there are members of the class who are citizens of a different state than the Defendant NuWave.

18.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because NuWave is a resident of Libertyville, Illinois which is located in this District.

## CLASS ACTION ALLEGATIONS

19.     Plaintiff brings this action on behalf of herself and the Nationwide class defined as follows:

> All persons residing in the United States who purchased the NuWave Standard Dome and/or any NuWave Oven Model containing the Standard Dome, including the NuWave Oven Pro and the NuWave Oven Pro Plus, primarily for personal, family or household purposes, and not for resale (the "Nationwide Class").

20. In the alternative, Plaintiff brings this action on behalf of herself and the members of a subclass comprised of:

> All persons residing in the State of Florida who purchased the NuWave Standard Dome and/or any NuWave Oven Model containing the Standard Dome, including the NuWave Oven Pro and the NuWave Oven Pro Plus, primarily for personal, family or household purposes, and not for resale (the "Florida Subclass").

21. The questions here are ones of common or general interest such that there is a well-defined community of interest among the class members. These questions predominate over questions that may affect only individual class members because NuWave has acted on grounds generally applicable to the class with respect to its Pro Model Ovens and Standard Domes ("the Products"). Such common legal or factual questions include, but are not limited to:

a. Whether the Products are defective;

b. Whether the Products are defectively designed and/or manufactured;

c. Whether Defendant knew or reasonably should have known about the defects prior to distributing the Products to Plaintiff and the class and subclasses;

d. Whether Defendant concealed from and/or failed to disclose to Plaintiff and the class and subclasses the problems with the Products;

e. Whether Defendant knew or reasonably should have known about the defects after distributing the Products to Plaintiff and the class and subclasses;

f. Whether Defendant breached express warranties relating to the Products;

g. Whether Defendant breached implied warranties relating to the Products;

h. Whether Defendant was unjustly enriched by receiving moneys in exchange for Products that were defective;

i. Whether Defendant should be ordered to disgorge all or part of the ill-gotten profits it received from the sale of the defective Products;

j. Whether Plaintiff and the class are entitled to damages, including compensatory, exemplary, and statutory damages, and the amount of such damages;

k.   Whether Defendant should be enjoined from selling and marketing its defective Products; and

l.   Whether Defendant engaged in unfair, unconscionable, or deceptive trade practices by selling and/or marketing the defective Products.

22.   Members of the Nationwide Class and Florida Subclass are so numerous that joinder is impracticable.  While the exact number of class members is unknown to Plaintiff, it is believed that each comprises thousands of members geographically disbursed throughout the United States.

23.   It is impracticable to bring class members' individual claims before the Court. Class treatment permits a large number of similarly situated persons or entities to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of evidence, effort, expense, or the possibility of inconsistent or contradictory judgments that numerous individual actions would engender. The benefits of the class mechanism, including providing injured persons or entities with a method for obtaining redress on claims that might not be practicable to pursue individually, substantially outweigh any difficulties that may arise in the management of this class action.

24.   Plaintiff's claims are typical of the members of the Nationwide Class and Florida Subclass, as all members of the class are similarly affected by NuWave's actionable conduct. Plaintiff and all members of the Nationwide Class and Florida Subclass purchased the NuWave Pro Model Ovens and Standard Domes when they contained a common defect that makes them worthless. In addition, NuWave's conduct that gave rise to the claims of Plaintiff and members of the class (*i.e.* delivering defective NuWave Ovens and Standard Domes, making false claims with respect to the Ovens and Domes, and breaching warranties respecting the Ovens and Domes) is the same for all members of the class.

25.   Plaintiff will fairly and adequately protect the interests of the members of the Nationwide Class and Florida Subclass because she has no interests antagonistic to, or in conflict with, the consumers that she seeks to represent. Furthermore, Plaintiff has retained counsel experienced and competent in the prosecution of complex class action litigation.

26.     Plaintiff knows of no difficulty to be encountered in this action that would preclude its maintenance as a class action.

27.     Defendant has acted or refused to act on grounds generally applicable to the class, thereby making final injunctive relief or corresponding declaratory relief with respect to the class as a whole appropriate.

## FACTUAL BACKGROUND

### A.     NuWave's Deceptive and Misleading Marketing of its Pro Model Ovens and Standard Domes

28.     NuWave first introduced its line of signature countertop ovens in 2002.[17] Since then, the company has spent millions of dollars on marketing the ovens, including through a series of infomercials which "have dominated the media for over 15 years."[18] In these infomercials, NuWave boasts that its ovens are "the number one infrared cooking device[s] in the world," and claims that they are able to cook food "up to 50% faster than a conventional oven, while using up to 85% less energy." NuWave's aggressive marketing campaign has been enormously effective. The company claims that "over 6 million NuWave Ovens have been sold since its launch."[19]

29.     NuWave specifically states in its infomercials that the Pro Model Ovens are "safe for the consumer,"[20] and claims on its website that the Standard Domes on the Ovens are "high-quality,"[21] "dishwasher safe,"[22] and "selected for their high durability."[23] In fact, several versions of

---

[17] *NuWave Oven: 20 Years of Continuous Innovation and Growing*, NuWave, https://nuwavenow.com/Timeline?ref_version=DIRECT (last visited Apr. 30, 2018).
[18] *NuWave Oven Infomercial Archive*, Nuwave, https://nuwavenow.com/Infomercial?ref_version=DIRECT (last visited Apr. 30, 2018).
[19] *About Us*, Nuwave, https://nuwavenow.com/AboutUs (last visited Apr. 30, 2018).
[20] *See NuWave Oven Infomercial*, YouTube, https://www.youtube.com/watch?v=nSPduK_iMhU at 4:00 (last visited Apr. 30, 2018).
[21] *Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited Apr. 30, 2018).
[22] *Id.*
[23] *Id.*

the boxes for the Pro Model Ovens have referred to the Standard Domes as "lightweight [and] durable," and made of "highly durable polycarbonate," as shown below.[24]



---

[24] Arrows inserted

30.     Furthermore, several retailers that sell the Pro Model Ovens, including Bed Bath and Beyond, J.C. Penny, and Walmart, relying on information supplied and approved by NuWave, currently advertise them as having "[d]urable, shatter resistant polycarbonate dome[s]."[25]

31.     However, a virtually unending stream of consumer complaints contradict NuWave's representations about the quality and durability of its Pro Model Ovens:

> I was cooking something on my nuwave and **the dome cracked** … I payed [sic] to [sic] much MONEY for this to happen. **They said it was durable**.[26]

> **Dome cracked** in several places … **the add [sic] said it was indestructible**! Now, I find out, this is typical![27]

> … the plastic dome always ends up cracking also the **commercial states it is dishwasher safe**.[28]

> **Cracked.  Said was durable**.  Misrepresented.  I shouldn' [sic] pay for defected [sic] product[29]

> Nuwave advertises the dome is durable.  Misrepresented.[30]

---

[25] *See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited April 30, 2018).

[26] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/4/RT-P.html (last visited April 30, 2018).

[27] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-in-several-places-201712231154747.html (last visited April 30, 2018).

[28] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/the-nuwave-oven-is-amazing-however-201706051056749.html (last visited April 30, 2018).

[29] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702201010995.html (last visited April 30, 2018).

[30] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702191010920.html (last visited April 30, 2018).

I had my unit 6 months then the dome melted and cracked.[31]

My dome cracked … I have taken very good care of it, hand wash only, and it sits on the counter so it's not moved to and from places.[32]

32.    Many consumers have reported that they have gone through multiple domes only to experience the exact same defect every time—after minimal use, the dome cracks:

Since I have purchased my nuwave oven **I had to buy the plastic dome 4 times** because it keeps cracking.[33]

While in use at normal use the dome cracked and the crack continued to grow. **This is the second dome to crack**. I will not purchase another Nu-Wave Oven.[34]

**I have 3 nu waves and love the oven, but the domes keep cracking**. I bought 2 ovens last year at the same time and the first dome broke within a couple months. And a few months later the 2nd one broke.[35]

Not only did the orginal [sic] dome crack after 9 months but I then purchased another one at full price. **Now my second dome has broken** in a little less then [sic] a year.[36]

Got one for my daughter and she is having the same issues with hers. So **that makes 2 NuWave ovens that are not living up to expectations**.[37]

---

[31] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/faulty-dome-201803231217172.html (last visited April 30, 2018).

[32] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-and-warped-201801161170327.html (last visited April 30, 2018).

[33] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/sick-and-tired-of-have-to-spend-money-each-time-my-nuwave-plastic-dome-cracks-201704111032919.html (last visited April 30, 2018).

[34] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-201704041029941.html (last visited April 30, 2018).

[35] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-is-no-good-201802151190771.html (last visited April 30, 2018).

[36] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/defective-dome-horrible-customer-service-201802221195203.html (last visited April 30, 2018).

[37] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/clear-dome-cracks-and-continues-to-crack-20170112990129.html (last visited April 30, 2018).

I have had two of these Nuwave products & **both times the dome has cracked** … with all the reviews about the same problem occurring why doesn't Nuwave look into this and fix it.[38]

**I have owned 2 and plastic domes cracked** to pieces will not hold up to heat after 10 uses pure junk will never buy again.[39]

**I have bought three of these things and the domes continue to crack** … I feel the company should recall and replace all the domes that have cracked for no reason.[40]

33.     Many of the online complaints are accompanied by pictures that show cracking that ranges from bad to catastrophic:[41]



---

[38] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/cracked-dome-201802051183487.html (last visited April 30, 2018).
[39] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/defective-plastic-dome-201709251105791.html (last visited April 30, 2018).
[40] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-keeps-breaking-201707291081099.html (last visited April 30, 2018).
[41] The sources of these photographs, in order, are: https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-food-dome-review-201702201010995.html; https://nuwave-oven.pissedconsumer.com/clear-dome-cracks-and-continues-to-crack-20170112990129.html; https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-from-stevensville-maryland-20160222795606.html; https://nuwave-oven.pissedconsumer.com/14/RT-P.html; https://nuwave-oven.pissedconsumer.com/the-dome-is-cracked-in-several-places-201711291139084.html (all last visited April 30, 2018).









34.     The problem is not only that NuWave sells defective products—and that NuWave misleadingly and deceptively markets those products as "high quality," "durable," "safe," and "shatter resistant" when they are demonstrably not—but also that NuWave attempts to cover up the problem rather than acknowledging or fixing it. Many consumers have complained that, when they have contacted NuWave customer service to try and get a replacement dome, they have been kept in the dark or explicitly misled about the fact that the cracking is a common, known defect associated with the Standard Domes:

> **They did not tell this was an ongoing problem** and charged me to replace the dome PLUS postage and handling.[42]

> Called customer service representative **was told no know [sic] defects had been reported**.[43]

35.     NuWave's evasive conduct is even more troubling in light of the fact that it is undeniably aware of the huge volume of complaints about the Standard Domes' cracking defect. In fact, a verified representative of NuWave with the username "JessicaC" has responded hundreds of

---

[42] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-cracked-and-also-wire-grilled-broke-20170117992443.html (last visited April 30, 2018).

[43] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-20170116991673.html (last visited Apr. 30, 2018).

complaints about the ovens, many of which pertain to cracked domes, on

www.pissedconsumer.com, a popular consumer review website.[44]

36.     Based on NuWave's deceptive marketing of the Pro Model Ovens, Plaintiff and

members of the Nationwide Class and Florida Subclass reasonably believed that they were

purchasing products which are durable, made from high-quality materials, and free from defects,

when in reality, the Ovens suffer from a uniform defect that causes them to crack or shatter after

minimal use.

37.     Despite their awareness of the many consumer complaints regarding the cracking

defect, NuWave continues to represent to consumers that the Pro Model Ovens are "safe for the

consumer,"[45] "high-quality," [46] and "dishwasher safe,"[47] and that the Standard Domes on the Ovens

are "selected for their high durability,"[48] "lightweight [and] durable," and made of "highly durable"

and "shatter resistant polycarbonate."[49]

38.     In this way, NuWave actively misleads consumers about the true nature the Pro

Model Ovens and their Standard Domes.  Reasonable consumers would consider the existence of a

cracking defect to be important in determining whether or not to purchase the Ovens and Domes,

given that the Ovens cannot be used with damaged domes.

---

[44] In order to be designated a "verified company representative" on www.pissedconsumer.com, a user must upload business verification documents such as an internet, phone, or electricity bill, seller's permit, business card, IRS issued FEIN assignment letter, or business license.  *See* https://www.pissedconsumer.com/business-solutions/signUpPlan.html?contract_type=free-plan.

[45] *See NuWave Oven Informercial*, YouTube, https://www.youtube.com/watch?v=nSPduK_iMhU at 4:00 (last visited Apr. 30, 2018).

[46] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited Apr. 30, 2018).

[47] *Id.*

[48] *Id.*

[49] *See See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited Apr. 30, 2018).

39.     NuWave knows, or reasonably should know, that its representations are deceptive, misleading, and unlawful, and intends that consumers rely on them.

40.     As the direct and proximate result of NuWave's false, deceptive and/or misleading statements, Plaintiff and members of the putative Nationwide Class and Florida Subclass have suffered injury-in-fact and a loss of money or property through the out-of-pocket costs expended to purchase the Pro Model Ovens and Standard Domes.

**B.     NuWave's Breaches of its Express Warranties**

**i.     NuWave Breaches its Express Warranties Regarding the Quality, Durability, and Workmanship of its Ovens and Domes**

41.     By making the representations described above—specifically, that the Pro Model Ovens are "safe for the consumer,"[50] "high-quality," [51] and "dishwasher safe,"[52] and that the Standard Domes on the Ovens are "selected for their high durability,"[53] "lightweight [and] durable," and made of "highly durable" and "shatter resistant polycarbonate"[54]—NuWave expressly warrants that the Ovens will remain intact and continue to be functional after a reasonable period of use.

42.     In addition to the express warranties contained in its marketing materials, NuWave provides each purchaser of a Pro Model Oven with an owner's manual that contains a warranty stating that the Ovens and their Standard Domes are free from defects:

> The infrared cooking system including power head, dome, cooking rack, liner pan, base, and all electrical components are to be free from defects and [sic] workmanship under

---

[50] *See NuWave Oven Informercial*, YouTube, https://www.youtube.com/watch?v=nSPduK_iMhU at 4:00 (last visited Apr. 30, 2018).

[51] *See Frequently Asked Questions*, NuWave, http://www.nuwaveoven.com/b239/asp/faq.asp (last visited Apr. 30, 2018).

[52] *Id.*

[53] *Id.*

[54] *See See NuWave Oven Product Pages*, Bed Bath and Beyond, https://www.bedbathandbeyond.com/store/product/nuwave-oven-pro-in-black/1043094011?Keyword=nuwave oven pro; J.C. Penny, https://www.jcpenney.com/p/nuwave-oven-pro-20631/pp5005430969?pTmplType=regular; Walmart, https://www.walmart.com/ip/NuWave-20634-Oven-Pro-Plus-Red/338006618 (all last visited Apr. 30, 2018).

normal household use, when operated in accordance with the Manufacturer's written instructions provided with each unit for one (1) year from date of purchase.[55]

43.     Both NuWave's marketing language and the written warranty contained in the owner's manual form the basis of the bargain for consumers.

44.     NuWave violates these express written warranties by selling its Pro Model Ovens with a known defect that causes them to crack in less than a year.

### ii.     NuWave Breaches its Express Warranty Regarding Consumers' Right to Obtain Replacement Parts

45.     In addition to violating its express written warranties with respect to the quality and workmanship of its products, NuWave also fails to honor its promise to replace or repair defective parts within the one-year warranty period.  The Pro Model Ovens' warranty states:

> The NuWave Oven is covered for a full one (1) year under normal use.
> NuWave, LLC will provide the necessary parts and labor to repair or replace the NuWave Oven during this time.[56]

46.     When consumers attempt to take advantage of this warranty, however, they find that the Standard Dome is not in stock, or if it is, they must pay unreasonable shipping costs to obtain it:

> My unit was 7 months old … **despite still being under "warranty", they would not replace it** …[The customer service representative] first offered me the upgraded "power dome" for $20 plus $13.95 shipping. When I told them that was unreasonable, I was then told they would lower the shipping to $9.95, cost of dome is the same.[57]

> That dome cracked into 3 pieces. I called New Wave, and i was told that **if i would only spend $50.00 more dollars, they would send a new one** that has a 3 year warranty. Why would i want to spend an additional $50.00

---

[56] *NuWave Oven Terms and Conditions*, NuWave,
https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited Apr. 30, 2018).
[57] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/defective-dome-horrible-customer-service-201802221195203.html (last visited Apr. 30, 2018).

for something that will not last more than 3 years, after paying over $100.00 for my oven?[58]

New wave want to charge you to replace it … they claim to have one is stronger on newer models that last longer, still plastic. But that leave us still **no good replacement for those that have the old models**.[59]

Original oven dome cracked, two long sweeping cracks … **No replacements available.** Like an unsuspecting consumer, I assumed fault was mine and purchased the new power pro plus.[60]

Dome cracked and I purchased another clear one. That one also cracked after a year and **the new amber colored dome to replace was all the was available**.[61]

I have now purchased 4 nu wave ovens. Every Dome cracks within the first couple of months in use … **The company refuses to replace the plastic domes and what customers to buy new ones each time …The domes are never in stock** from the 1st nuwave I purchased to the 4 one that is now broken.[62]

I change 2 times my dome and payed [sic] for the shipping and still cracked in 1 week. Now they are asking me to pay another $20 to send me a [sic] upgrade dome because **they don't have anymore the clear one**. They are a scam don't buy it and don't trust them.[63]

47. In addition to confirming that NuWave makes it impossible or unreasonably costly for consumers to obtain replacement Standard Domes, these complaints also reveal a troubling pattern. Specifically, they demonstrate that when consumers complain about their cracked Standard

---

[58] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-double-dipping-201707141074161.html (last visited Apr. 30, 2018).
[59] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/dome-new-wave-oven-201709071097525.html (last visited Apr. 30, 2018).
[60] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-oven-review-201703121020003.html (last visited Apr. 30, 2018).
[61] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-oven-review-in-appliances-and-electronics-category-201702251013773.html (last visited Apr. 30, 2018).
[62] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nu-wave-dome-issues-20170126997904.html (last visited Apr. 30, 2018).
[63] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/new-wave-oven-20170118993387.html (last visited Apr. 30, 2018).

Domes, NuWave has a standard practice of failing and/or refusing to offer a replacement, and instead pressuring them to pay to upgrade to NuWave's newer, more expensive Power Dome.

48.     On the consumer complaint website, www.pissedconsumer.com, almost all of NuWave's responses to consumer complaints about cracked domes contain the following language, which urges consumers to upgrade to the Power Dome:

> Dear Nuwave Oven Customer,
> Thank you for your honest feedback. Nuwave sincerely apologizes for the issues you are having with your Nuwave dome … Nuwave continues to strive to update and refine our products to be more modern and efficient. That being said, we do now offer our new Power Dome … The virtually-indestructible Power Dome is built to withstand extreme temperatures. Made from polyphenylsulfone (PPSU), a material which delivers superior impact resistance while remaining BPA-free, the Power Dome uses similar technology applied in the manufacturing of jumbo jet windshields and NASA spaceships. In fact, the Power Dome is so strong, it's backed by a 3-year warranty.[64]

This statement confirms what the consumer complaints make clear−that when consumers contact NuWave to complain about the defective Standard Domes, the company tries to extract more money from them by encouraging them to purchase the newer, more expensive, and supposedly stronger Power Dome.

49.     This "solution" is no solution at all.  As one consumer succinctly put it, after receiving the response above:

> **when I called for remediation, your company offered to sell me another part** … I think you are responsible for the poor choice of materials, poor construction, and therefore should upgrade the lid on any and all of the products out there in the field with similar problems. **I see this as perhaps dodging the issue, and surely not a fair solution.**[65]

---

[64] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nu-wave-dome-issues-20170126997904.html (last visited Apr. 30, 2018).
[65] *NuWave Oven Consumer Complaint*, Pissed Consumer, https://nuwave-oven.pissedconsumer.com/nuwave-sidesteps-responsibility-for-shabby-workmanship-design-but-offers-to-sell-you-replacement-parts-to-remedy-the-problem-201801231174802.html (last visited Apr. 30, 2018) (emphasis added).

### THE EXPERIENCE OF THE NAMED PLAINTFF

50.     Plaintiff Elizabeth Aguilera has purchased, owned, or used four different NuWave Ovens, all of which came with Standard Domes, and all of which cracked after minimal use.

51.     Ms. Aguilera purchased her first NuWave Oven from Target in or around October, 2016. She gave this oven to a friend as a wedding present. Approximately seven months later, the friend informed Ms. Aguilera that the oven's dome had cracked and that the oven was no longer usable.

52.     Also in 2016, Ms. Aguilera's mother-in-law was gifted a NuWave Oven and brought it to their shared home. Ms. Aguilera cooked with this oven regularly until it cracked several months later.

53.     Because the oven her mother-in-law had purchased oven was now unusable, Ms. Aguilera purchased a whole new oven at Kohl's in or around December, 2016. After approximately six months of semi-regular use, this oven cracked in several places.

54.     Shortly thereafter, Ms. Aguilera called NuWave's customer service hotline. The customer service representative she spoke to informed her that the "free" clear replacement Standard Dome was out of stock, and that even when it was back in stock, she would have to pay a significant amount in shipping and handling costs to have it sent to her.

55.     The customer service representative told her that, as an alternative, she could upgrade to the stronger Power Dome, but would have to pay a for the dome itself as well as shipping and handling.

56.     Ms. Aguilera determined that neither of these options were worth the cost, especially when, at certain retailers, she could purchase a whole new oven for approximately $100.00.

57.     Ms. Aguilera did purchase a new oven, again at Kohl's, in or around Spring 2017. She has owned this oven for approximately one year, and it has also cracked.

58.     Prior to her purchases, Ms. Aguilera saw advertisements for the NuWave Oven Pro that claimed it was a high-quality, reliable product. She purchased the NuWave Oven in reliance

upon those promises—believing that the NuWave oven was, in fact, durable and built from high-quality materials and would not prematurely fail. Ms. Aguilera suffered injury as a result of her purchase of the Nuwave Ovens because she was deceived into purchasing them based on Defendant's representations.

59.     At no time did Defendant provide Ms. Aguilera with any warnings concerning the cracking defect associated with its Pro Model Ovens.  Had Plaintiff Aguilera known of the existence of the defect, she would not have purchased the Ovens, or would have paid significantly less for them.

60.     Additionally, had Plaintiff Aguilera known the NuWave Ovens were not "high quality," "durable," "safe," or "shatter resistant," she would not have purchased them or would have paid significantly less for them.

61.     Plaintiff Aguilera would purchase NuWave Pro Model Ovens and/or Standard Domes in the future if she could be assured they were not defective.

## CAUSES OF ACTION

### A.     EXPRESS WARRANTY CLAIMS

#### COUNT I
**(Breach of Express Warranty—Magnuson Moss Warranty Act—
On Behalf of the Nationwide Class and the Florida Subclass)**

62.     Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

63.     NuWave Pro Model Ovens are consumer products as defined in 15 U.S.C. § 2301(1).

64.     Plaintiff and class members are consumers as defined in 15 U.S.C. § 2301(3).

65.     NuWave is a supplier and warrantor as defined in 15 U.S.C. §§ 2301(4) and (5).

66.     NuWave provided Plaintiff and class members with "written warranties" within the meaning of 15 U.S.C. § 2301(6).

67.     By advertising the Pro Model Ovens as "high quality," "durable," "safe," and "shatter resistant," and by providing consumers with owner's manuals stating that "the infrared cooking system including … dome … are to be free from defects and [sic] workmanship under normal household use,"[66] NuWave expressly warranted to Plaintiff and class members that the Ovens would continue to work after a reasonable period of use.

68.     Such statements became the basis of the bargain for Plaintiff and other class members because such statements are among the facts a reasonable consumer would consider material in the purchase of high-end kitchen appliances.

69.     NuWave breached these express warranties by delivering Pro Model Ovens that do not function as promised and fail to withstand normal use.

70.     Additionally, NuWave breached its express warranty stating that it would replace or repair, free of charge, any defective NuWave Pro Model Oven. NuWave's one-year warranty states:

> The NuWave Oven is covered for a full one (1) year under normal use.
> NuWave, LLC will provide the necessary parts and labor to repair or replace the
> NuWave Oven during this time.[67]

71.     NuWave breached this express warranty by repeatedly failing to repair or replace Plaintiff's defective Pro Model Ovens and/or Standard Domes with non-defective products. At no time has NuWave offered a permanent or adequate repair or replacement of the defective Ovens.

72.     At the time the Pro Model Ovens were sold, NuWave knew of the defects they possessed and offered an express warranty with no intention of honoring the warranty with respect to the known defects.

73.     Despite repeated demands by Plaintiff and members of the Nationwide Class and Florida Subclass that NuWave repair or replace the defective Ovens, NuWave has refused to

---

[66] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC,
http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited Apr. 30, 2018).
[67] *NuWave Oven Terms and Conditions*, NuWave,
https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited Apr. 30, 2018).

provide a permanent fix. NuWave's refusal to provide an adequate repair or replacement violates 15 U.S.C. § 2304.

74.     NuWave was afforded a reasonable opportunity to cure its breach of the express warranty but failed to do so.

75.      As a direct and proximate result of the foregoing breaches of express warranty, Plaintiff and the Nationwide Class have been damaged in that they purchased Pro Model Ovens that could not perform as warranted; did not receive the benefit of the bargain of their purchases including the promise of free replacement or repair; and did not receive a permanent or adequate repair or replacement products under NuWave's one-year warranty.

76.     Plaintiff and the Nationwide Class seek all damages permitted by law in an amount to be determined at trial.

## COUNT II
### (Breach of Express Warranty—On Behalf of Nationwide Class)

77.     Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

78.     By advertising the Pro Model Ovens as "high quality," "durable," "safe," and "shatter resistant," and by providing consumers with owner's manuals stating that "the infrared cooking system including … dome … are to be free from defects and [sic] workmanship under normal household use,"[68] NuWave expressly warranted to Plaintiff and Nationwide class members that the Ovens would continue to work after a reasonable period of use.

79.     Such statements became the basis of the bargain for Plaintiff and other Nationwide class members because such statements are among the facts a reasonable consumer would consider material in the purchase of high-end kitchen appliances.

80.     NuWave breached these express warranties by delivering Pro Model Ovens that do not function as promised and fail to withstand normal use.

---

[68] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC, http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited Apr. 30, 2018).

81.    Additionally, NuWave breached its express warranty stating that it would replace or repair, free of charge, any defective NuWave Pro Model Oven.  NuWave's one-year warranty states:

> The NuWave Oven is covered for a full one (1) year under normal use.
> NuWave, LLC will provide the necessary parts and labor to repair or replace the
> NuWave Oven during this time.[69]

82.    NuWave breached this express warranty by repeatedly failing to repair or replace Plaintiff's defective Pro Model Ovens and/or Standard Domes with non-defective products.  At no time has NuWave offered a permanent or adequate repair or replacement of the defective Ovens.

83.    At the time the Pro Model Ovens were sold, NuWave knew of the defects they possessed and offered an express warranty with no intention of honoring said warranty with respect to the known defects.

84.    As a direct and proximate result of the foregoing breaches of express warranty, Plaintiff and the Nationwide Class have been damaged in that they purchased Pro Model Ovens that could not perform as warranted; did not receive the benefit of the bargain of their purchases including the promise of free replacement or repair; and did not receive a permanent or adequate repair or replacement products under NuWave's one-year warranty.

85.    Plaintiff and the Nationwide Class seek all damages permitted by law in an amount to be determined at trial.

## COUNT III
### (In the Alternative, Breach of Express Warranty on Behalf of the Florida Subclass Under Fla. Stat. Ann. § 672.313)

86.    Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

87.    By advertising the Pro Model Ovens as "high quality," "durable," "safe," and "shatter resistant," and by providing consumers with owner's manuals stating that "the infrared cooking system

---

[69] *NuWave Oven Terms and Conditions*, NuWave, https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited Apr. 30, 2018).

including … dome … are to be free from defects and [sic] workmanship under normal household use,"[70] NuWave expressly warranted to Plaintiff and Florida Subclass members that the Ovens would continue to work after a reasonable period of use.

88.     Such statements became the basis of the bargain for Plaintiff and other Florida Subclass members because such statements are among the facts a reasonable consumer would consider material in the purchase of high-end kitchen appliances.

89.     NuWave breached these express warranties by delivering Pro Model Ovens that do not function as promised and fail to withstand normal use.

90.     Additionally, NuWave breached its express warranty stating that it would replace or repair, free of charge, any defective NuWave Pro Model Oven.  NuWave's one-year warranty states:

> The NuWave Oven is covered for a full one (1) year under normal use.
> NuWave, LLC will provide the necessary parts and labor to repair or replace the
> NuWave Oven during this time.[71]

NuWave breached this express warranty by repeatedly failing to repair or replace Plaintiff's defective Pro Model Ovens and/or Standard Domes with non-defective products.  At no time has NuWave offered a permanent or adequate repair or replacement of the defective Ovens.

91.     Plaintiff relied on NuWave's express warranties regarding the characteristics and qualities of the Pro Model Ovens.

92.     As a result of the foregoing breaches of express warranty, Plaintiff and the Class have been damaged in that they purchased Pro Model Ovens that could not perform as warranted; did not receive the benefit of the bargain of their purchases including the promise of free replacement or repair; and did not receive a permanent or adequate repair or replacement products under NuWave's one-year warranty.

---

[70] *NuWave Pro Plus Infrared Oven Manual & Complete Cookbook*, QVC,
http://www.qvc.com/footers/cd/pdf/K45095_NuWavePro_Manual.pdf (last visited Apr. 30, 2018).
[71] *NuWave Oven Terms and Conditions*, NuWave,
https://www.nuwaveoven.com/resource/html/terms_condition.asp (last visited Apr. 30, 2018).

93.     Plaintiff and the Florida Subclass seek all damages permitted by law in an amount to be determined at trial.

**B.      IMPLIED WARRANTY CLAIMS**

**COUNT IV**
**(Violation of 15 U.S.C. § 2301 *et seq.*:  The Magnuson-Moss**
**Warranty Act—Implied Warranty—**
**On Behalf of the Nationwide Class and the Florida Subclass)**

94.     Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

95.     Plaintiff brings this claim on behalf of the Nationwide Class and the Florida Subclass.

96.     NuWave Pro Model Ovens are consumer products as defined in 15 U.S.C. § 2301.

97.     Plaintiff and members of the Nationwide Class and the Florida Subclass are "consumers" within the meaning of 15 U.S.C. § 2301 because they are persons entitled under applicable state law to enforce against the warrantor the obligations of its express and implied warranties.

98.     NuWave is a "supplier" of the consumer products to consumers and a "warrantor" within the meaning of 15 U.S.C. § 2301.

99.     Section 2310(d)(1) of Chapter 15 of the United States Code provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.

100.     NuWave made written and implied warranties regarding the Pro Model Ovens to Plaintiff and members of the Nationwide Class and the Florida Subclass within the meaning of 15 U.S.C. § 2301. NuWave provided Plaintiff and other members of the Nationwide Class and the Florida Subclass with an implied warranty of merchantability within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(7).

101.    NuWave breached the implied warranty of merchantability because the Pro Model Ovens were not fit for the ordinary purpose in which such goods are used. Specifically, the Ovens contained a defect that caused them to crack after a brief period of normal use, rendering them unusable.

102.    Pursuant to 15 U.S.C. § 2310(e), Plaintiff is entitled to bring this class action and is not required to give NuWave notice and an opportunity to cure until such time as the Court determines the representative capacity of Plaintiff pursuant to Rule 23 of the Federal Rules of Civil Procedure.

103.    Plaintiff's individual claims place into controversy an amount equal to or exceeding $25.00. The amount in controversy of this entire action exceeds the sum of $50,000.00, exclusive of interest and costs, computed on the basis of all claims to be determined in this lawsuit. Plaintiff, individually and on behalf of the other class members, seeks all damages permitted by law in an amount to be proven at trial.

104.    In addition, pursuant to 15 U.S.C. § 2310(d)(2), Plaintiff and the other class members are entitled to recover a sum equal to the aggregate amount of costs and expenses (including attorneys' fees based on actual time expended) determined by the Court to have reasonably been incurred by Plaintiff and the other class members in connection with the commencement and prosecution of this action.

105.    Further, Plaintiff and the classes are also entitled to equitable relief under 15 U.S.C. § 2310(d)(1) and damages as a result of NuWave's violation of its written and/or implied warranties.

## COUNT V
### (In the Alternative, Breach of Implied Warranty of Merchantability on Behalf of the Florida Subclass Under Fla. Stat. Ann. § 672.314)

106. Plaintiff re-alleges and incorporate each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

107. NuWave is a "merchant" of the Pro Model Ovens because NuWave is a retail seller of countertop ovens and parts and routinely sells a wide variety of kitchen appliances.

108. NuWave is also the manufacturer of the Pro Model Ovens.

109. Plaintiff and members of the Florida Subclass are "buyers" of the Pro Model Ovens because they purchased their ovens for personal use.

110. NuWave impliedly warranted to Plaintiff and Florida Subclass members that its Pro Model Ovens were "merchantable" within the common meaning of "merchantability" expressed in Fla. Stat. Ann. §672.314.

111. Fla. Stat. Ann. §672.314 requires that merchantable goods:

(1) pass without objection in the trade under the contract description; and
(2) in the case of fungible goods, are of fair average quality within the description; and
(3) are fit for the ordinary purposes for which such goods are used; and
(4) run, within the variations permitted by the agreement, of even kind, quality and quantity within each unit and among all units involved; and
(5) are adequately contained, packaged, and labeled as the agreement may require; and
(6) conform to the promises or affirmations of fact made on the container or label if any.

112. The Pro Model Ovens would not pass without objection in the trade because they do not perform as warranted—the Standard Domes crack and fail to maintain their structural integrity after normal use. This defect renders the Ovens unfit for ordinary purposes for which such goods are used.

113. The Pro Model Ovens are not adequately contained, packaged, and labeled because the labeling represents that, among other representations alleged above, the ovens are "durable" or "highly durable," which are qualities they do not have.

114. For the same reason, the Pro Model Ovens do not conform to the promises or affirmations of fact made on the container or label.

115.    NuWave thus breached the implied warranty of merchantability.

116.    As a direct and proximate result of NuWave's breach of the implied warranty of merchantability, Plaintiff and the other Florida Subclass members did not receive the benefit of their bargain and received goods with a defect that substantially impairs their value to Plaintiff and class members. Plaintiff and class members were damaged as a result of the defect in the Pro Model Ovens.

117.    Plaintiff and the Florida Subclass seek all damages permitted by law in an amount to be determined at trial.

### C.    CONSUMER PROTECTION STATUTE CLAIMS

### COUNT VI
**(Violation of the Illinois Uniform Deceptive Trade Practices Act—
On Behalf of the Nationwide Class)**

118.    Plaintiff re-alleges and incorporates each and every allegation set forth above as if fully written herein.

119.    The Illinois Uniform Deceptive Trade Practices Act ("UDTPA"), 815 Ill. Comp. Stat. Ann. 510/2 *et seq.*, prohibits "Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact…"

120.    815 ILCS 510/2 provides in pertinent part that a "person engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation," the person does any of the following: ". . . (5) represents that goods or services have . . . uses, benefits, or quantities that they do not have . . .; (7) represents that goods or services are of a particular standard, quality, or grade or that goods are a particular style or model, if they are of another; . . . [or] (12) engages in any other conduct which similarly creates a likelihood of confusion or misunderstanding."

121.    NuWave engaged in unfair and deceptive acts in violation of 815 Ill. Comp. Stat.

Ann. 510/2 when it represented that its Pro Model Ovens are "high quality," "durable," "safe," and "shatter resistant" when in fact they are not; and, when in response to requests for replacement products under NuWave's warranty, NuWave either refused to honor the warranty or sent consumers products that contained the same defect.

122.     Defendant knew, or reasonably should have known, that its representations are deceptive, misleading, and unlawful, and intended that consumers rely on them. Alternatively, Defendant was reckless in not knowing that its representations were deceptive and/or misleading at the time that they were made.

123.     As the direct and proximate result of Defendant's false, deceptive and/or misleading acts and statements, Plaintiffs and putative class members have suffered a loss of money or property through the out-of-pocket costs expended to purchase the Pro Model Ovens.

**COUNT VII**
**(Violation of Illinois Consumer Fraud and Deceptive Trade Practices Act—**
**On Behalf of the Nationwide Class)**

124.     Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

125.     The Illinois Consumer Fraud and Deceptive Trade Practices Act ("ICFA"), 815 Ill. Comp. Stat. Ann. 505/1 *et seq.*, prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact or the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act' …"

126.     NuWave engaged in unfair and deceptive acts in violation of 815 Ill. Comp. Stat. Ann. 505/2 when it represented that its Pro Model Ovens are "high quality," "durable," "safe," and "shatter resistant" when in fact they are not; and, when in response to requests for replacement products under NuWave's warranty, NuWave either refused to honor the warranty or sent

30
CLASS ACTION COMPLAINT

consumers products that contained the same defect. NuWave also sold defective Standard Domes to consumers after the warranty expired, knowing that they were defective. At other times, NuWave upsold consumers to purchase the Power Dome even during the warranty period.

127. NuWave knew, or reasonably should have known, that its representations were and are deceptive, misleading, and unlawful, and intended that consumers rely on them. Alternatively, NuWave was reckless in not knowing that its representations were deceptive and/or misleading at the time that they were made.

128. As the direct and proximate result of NuWave's false, deceptive and/or misleading acts and statements, Plaintiffs and members of the Nationwide Class have suffered a loss of money or property through the out-of-pocket costs expended to purchase the Pro Model Ovens.

129. Plaintiff and the Nationwide Class seek all damages permitted by law in an amount to be determined at trial.

**COUNT VIII**
**(In the Alternative, Violation of Florida Consumer Protection Laws—**
**On Behalf of Florida Subclass)**

130. Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs one through sixty-one above as if fully written herein.

131. Plaintiff is authorized to bring this claim pursuant to Florida Statute § 501.211, which creates a private right of actions for consumers including Plaintiff and members of the Florida Subclass, who may seek declaratory relief, injunctive relief, actual damages, and attorney's fee and costs as provided in Florida Statute § 501.2105. All such relief is sought in this count, and Plaintiff and all members of the Florida Subclass are entitled to such relief.

132. Florida Statute § 501.204(1) prohibits "Unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce."

133. Among other purposes, FDUTPA is intended "[t]o protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or

unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce." §
Florida Statute § 501.202.

134.    NuWave, at all relevant times, solicited, advertised, offered, provided and
distributed goods in the State of Florida, and thereby was engaged in trade or commerce as defined
by Florida Statute § 501.203(8).

135.    Plaintiff, and all members of the Florida Subclass, at all material times was a
consumer as defined by Florida Statute § 501.203(7), and is entitled to seek the underlying relief.

136.    NuWave engaged in unfair and deceptive acts in violation of Fla. Stat. Ann. §
501.204 when it represented that its Pro Model Ovens are "high quality," "durable," "safe," and
"shatter resistant" when in fact they are not; and, when in response to requests for replacement
products under NuWave's warranty, NuWave either refused to honor the warranty or sent
consumers products that contained the same defect.  NuWave also sold defective Standard Domes
to consumers after the warranty expired, knowing that they were defective.  At other times,
NuWave upsold consumers to purchase the Power Dome even during the warranty period.

137.    Plaintiff and members of the Florida Subclass relied on NuWave's representations
when purchasing their Pro Model Ovens. Had they known that those representations were false,
they would not have purchased the Ovens or would have paid less for them.

### D.    COMMON LAW CLAIMS

### COUNT IX
**(Unjust Enrichment—On Behalf of the Nationwide Class and the Florida Subclass)**

138.    Plaintiff re-alleges and incorporates each and every allegation set forth in paragraphs
one through sixty-one above as if fully written herein.

139.    This claims is pled in the alternative to the extent that it is determined that there is
no express contractual relationship.

140.     Plaintiff and members of the class conferred a benefit upon NuWave, which NuWave had knowledge thereof.  Namely, Plaintiff and members of the class paid money to NuWave for the Pro Model Ovens.

141.     NuWave voluntarily accepted and retained the monetary benefit conferred under circumstances that make it unjust and inequitable for NuWave to retain it without paying Plaintiff and members of the Nationwide Class and Florida Subclass the value thereof.  Specifically, NuWave retained that benefit despite the fact that the Pro Model Ovens were defective.

142.     When purchasing their Pro Model Ovens, Plaintiff and class members reasonably believed that the Ovens would perform as advertised and as warranted and would remain intact and continued to work after normal use.

143.     Plaintiff and class members received less than what they paid for in that the Pro Model Ovens contain a defect that makes their Domes crack, rendering them useless.

144.     Plaintiff and class members conferred a benefit on NuWave by purchasing the Pro Model Ovens. Had Plaintiff and class members known about the Ovens' defect—which resulted in the Ovens becoming unusable—they would not have purchased the Ovens or would have paid significantly less for them.

145.     NuWave should therefore be required to disgorge all profits, benefits, and other such compensation it obtained through its wrongful conduct.

## REQUESTS FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, respectfully requests that this Court:

A.     Certify the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure;

B.     Award damages, including compensatory, exemplary, and statutory damages, to Plaintiff and the class in an amount to be determined at trial;

C.     Grant restitution to Plaintiff and the class and require NuWave to disgorge its ill-gotten gains;

D. Declare that NuWave violated the consumer protection laws alleged in this Complaint, and permanently enjoin NuWave from engaging in the wrongful and unlawful conduct alleged herein;

E. Award punitive damages, to the extent permitted by law, in an amount to be determined at trial;

F. Award Plaintiff and the class their expenses and costs of suit, including reasonable attorneys' fees to the extent provided by law;

G. Award Plaintiff and the class pre-judgment and post-judgment interest at the highest legal rate to the extent provided by law; and

H. Award all such further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff hereby demands a jury trial in the instant action.


Dated: May 18, 2018                    Respectfully submitted,

                                        */s/ Mack H. Reed*
                                        Mack H. Reed (ARDC No. 6287171)
                                        **HALUNEN LAW**
                                        415 North LaSalle Street, Suite 502
                                        Chicago, IL 60654
                                        Telephone: (612) 605-4098
                                        Facsimile: (612) 605-4099
                                        reed@halunenlaw.com

                                        **HALUNEN LAW**
                                        Melissa S. Weiner (MN Bar No. 0387900)
                                        Christopher J. Moreland (MN Bar No. 0278142)
                                        1650 IDS Center
                                        80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 605-4098
                                        Facsimile: (612) 605-4099
                                        weiner@halunenlaw.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei (*pro hac vice* forthcoming)
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG**
**GILBERT**
Jeffrey M. Ostrow
Jonathan Streisfeld
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com

*Counsel for Plaintiff and the putative class*