AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-CV-3550

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NuWave, LLC was received by me on *(date)* May 22, 2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hunsu Son , who is designated by law to accept service of process on behalf of *(name of organization)* NuWave, LLC on *(date)* Wed, May 23 2018 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: May 30, 2018

*[Signature]*
Server's signature

Robert Rusch                  Process Server
Printed name and title

3400 W 111th St #446, Chicago, IL 60655
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 23, 2018, 11:35 am CDT at 1190 Elmhurst Road #203, Mount Prospect, IL 60056 received by Hunsu Son. Age: 40s; Ethnicity: Asian American; Gender: Male; Weight: 170; Height: 5'8"; Hair: Black; Eyes: Brown; Relationship: Registered agent;