# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:18-cv-3550 |
| vs. ) | Honorable Edmond E. Chang |
| ) | |
| NUWAVE, LLC ) ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Defendant, NUWAVE, LLC, by its attorney, PETER C. MORSE, respectfully requests this Honorable Court enter an order pursuant to Fed.R.Civ.P. 6(b) extending the time within which defendants may answer or otherwise plead to the Plaintiff's Class Action Complaint for thirty-seven (37) days, through and including July 25, 2018. Counsel for the Plaintiff has advised they have no objection to this request for an extension.

                                        **MORSE, BOLDUC & DINOS, LLC**

                                        /s/ Peter C. Morse_____
                                        Attorney for Defendant NuWave, LLC

Peter C. Morse
Matthew J. Kowals
**MORSE, BOLDUC & DINOS, LLC**
25 E. Washington Street, Suite 750
Chicago, Illinois 60602
p: 312.251.2577
f: 312.376.896
e: pmorse@morseandbolduc.com
ARDC: 6181070

## **CERTIFICATE OF SERVICE**

I, Peter C. Morse, hereby certify that on June 11, 2018, a copy of the foregoing DEFENDANT'S MOTION FOR EXTENSION OF TIME was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MORSE, BOLDUC & DINOS, LLC**

/s/ Peter C. Morse
Attorney for Defendant NuWave, LLC

Peter C. Morse
**MORSE, BOLDUC & DINOS, LLC**
25 E. Washington Street, Suite 750
Chicago, Illinois 60602
p: 312.251.2577
f: 312.376.896
e: pmorse@morseandbolduc.com
ARDC: 6181070