## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Elizabeth Aguilera

                Plaintiff,

v.

                                   Case No.: 1:18–cv–03550
                                   Honorable Edmond E. Chang

NuWave, LLC

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 11, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant's unpposed extension motion [13] to answer is granted to 07/25/2018, although there was no information in the motion setting forth good cause. The initial status hearing of 07/09/2018 is reset to 08/09/2018 at 8:30 a.m. The initial status report, R. 5, is due by 07/30/2018. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.