## THE MANUFACTURER WARRANTS

The infrared cooking system including power head, Dome, Cooking Rack, Liner Pan, Base, and all electrical components are to be free from defects and workmanship under normal household use, when operated in accordance with the Manufacturer's written instructions provided with each unit for one (1) year from date of purchase.
The Manufacturer will provide the necessary parts and labor to repair any part of the infrared cooking system at NuWave, LLC Service Department. After the expiration of the warranty, the cost of the labor and parts will be the sole responsibility of the owner.

## THE WARRANTY DOES NOT COVER

The non-stick coating (if applicable) on any part of the cooking system. The Limited Warranty is voided if repairs are made by an unauthorized dealer or the serial number data plate is removed or defaced. Normal deterioration of finish due to use or exposure is not covered by this Warranty. This Limited Warranty does not cover failure, damages or inadequate performance due to accident, acts of God (such as lightning), fluctuations in electric power, alterations, abuse, misuse, misapplications, corrosive type atmospheres, improper installation, failure to operate in accordance with the Manufacturer's written instructions, abnormal use or commercial use.

## TO OBTAIN SERVICE

The owner shall have the responsibility to: Pay for all services and parts not covered by the warranty; Prepay the freight to and from Service Department for any part or system returned under this warranty; Carefully package the product using adequate padding material to prevent damage in transit. The original container is ideal for this purpose. Include in the package the owner's name, address, daytime telephone number, a detailed description of the problem, and your "RGA number." (Call 1-877-689-2838) or e-mail help@nuwavenow.com to obtain the RGA (Return Goods Authorization number). Provide the cooking system model & serial number and proof of date of purchase (a copy of the receipt) when making claims under this warranty.

## MANUFACTURER'S OBLIGATION

The Manufacturer's obligation under this Limited Warranty is limited to repairing or replacing any part of the infrared cooking system expressly covered by this Limited Warranty which upon examination is found to be defective under normal use. The Limited Warranty is applicable only within the continental United States and only to the original purchaser of the manufacturer's authorized channels of distribution. THE LIMITED WARRANTY MAY NOT BE ALTERED, VARIED OR EXTENDED EXCEPT BY A WRITTEN INSTRUMENT EXECUTED BY THE MANUFACTURER. THE REMEDY OF REPAIR OR REPLACEMENT AS PROVIDED UNDER THIS LIMITED WARRANTY IS EXCLUSIVE. IN NO EVENT SHALL THE MANUFACTURER BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES TO ANY PERSON, WHETHER OR NOT OCCASIONED BY NEGLIGENCE OF THE MANUFACTURER, INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS OF USE, COSTS OF SUBSTITUTION, PROPERTY DAMAGE, OR OTHER MONEY LOSS.

Exhibit A

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation exclusions may not apply. This Limited Warranty gives specific legal rights, and there may also be other rights which vary from state to state. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED ABOVE, THE MANUFACTURER MAKES NO WARRANTIES EXPRESSED OR IMPLIED ARISING BY LAW OR OTHERWISE, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE TO ANY OTHER PERSON. READ YOUR OWNER'S MANUAL. IF YOU STILL HAVE ANY QUESTIONS ABOUT OPERATION OR WARRANTY OF THE PRODUCT, PLEASE CONTACT NuWave, LLC

1-877-689-2838 Monday
email: help@nuwavenow.com

## LA GARANTÍA DEL FABRICANTE

El sistema para cocinar mediante luz infrarroja incluye una fuente de potencia, domo, rejilla para cocinar, cacerola, base, y todos los componentes eléctricos se encuentran libres de defectos y manufactura bajo un uso doméstico normal, siempre y cuando sea manejado de acuerdo a las instrucciones escritas del Fabricante incluidas con cada unidad para un (1) año a partir de la fecha de compra. El fabricante proporcionará las partes necesarias y la mano de obra para reparar cualquier parte del sistema para cocinar mediante luz infrarroja en el Departamento de Servicio de NuWave, LLC Después de la fecha de caducidad de la garantía, el costo de las partes o mano de obra será exclusivo responsabilidad del dueño.

## LA GARANTÍA NO CUBRE

La cubierta anti-adherible (si aplica) de cualquier parte del sistema. La Garantía Limitada será inválida si alguien no autorizado realiza una reparación o la placa del número de serie es retirada o estropeada El deterioro normal del acabado por el uso o la exposición no está cubierto por esta garantía. La Garantía Limitada no cubre fallas, daños o funciones inadecuadas causadas por accidentes, fenómenos naturales (cómo relámpagos), irregularidades en la energía eléctrica, alteraciones, abuso, malversación, mal empleo, ambientes corrosivos, instalación inapropiada, falla de operación de acuerdo con las instrucciones escritas del Fabricante, uso anormal o comercial

## PARA OBTENER EL SERVICIO

El propietario tendrá la obligación y responsabilidad de: Pagar todos los servicios y partes no cubiertas por la garantía; Prepagar el costo de envío redondo al Departamento de Servicio para cualquier parte o sistema devuelto bajo esta garantía; Empacar cuidadosamente el producto utilizando material de relleno adecuado para prevenir daños durante el tránsito. El empaque original es ideal para este propósito. Incluya en este empaque el nombre del propietario, dirección, teléfono para localizarlo durante el día, una descripción detallada del problema y su "Número RGA". (Llame al 1-877-689-2838 o envíe un correo electrónico a help@nuwavenow.com para obtener su Número RGA (Autorización de Devolución de Productos)).
Proporcione el modelo y número de serie del sistema para cocinar, así como prueba del día de compra (copia del recibo) cuando reclame bajo esta garantía.

**OBLIGACIONES DEL FABRICANTE**

La obligación del Fabricante bajo esta Garantía Limitada se restringe a reparar o reemplazar cualquier parte del sistema para cocinar mediante luz infrarroja expresamente cubierta por esta Garantía Limitada bajo previa revisión y detección de que el defecto surgió bajo un uso normal. La Garantía Limitada es aplicable únicamente dentro de los Estados Unidos y sólo para los compradores originales dentro de los canales de distribución autorizados por el Fabricante.

LA GARANTÍA LIMITADA NO PUEDE SER ALTERADA, CAMBIADA O RENOVADA EXCEPTO QUE SE HAGA MEDIANTE UN INSTRUMENTO ESCRITO HECHO POR EL FABRICANTE. EL REMEDIO PARA REPARAR O REEMPLAZAR PROPORCIONADO POR ESTA GARANTÍA LIMITADA ES EXCLUSIVO. BAJO NINGUNA CIRCUNSTANCIA EL FABRICANTE SERÁ RESPONSABLE POR ALGUNA CONSECUENCIA O DAÑO CAUSADO A ALGUNA PERSONA, AÚN SI ESTE ES CAUSADO POR NEGLIGENCIA DEL FABRICANTE, INCLUYENDO NO LIMITES, DAÑOS POR PERDIDA DE USO, COSTOS DE SUSTITUCIÓN, DAÑOS A LA PROPIEDAD U OTRAS PÉRDIDAS DE DINERO.

Algunos estados no permiten la exclusión o limitación de daños incidentales o consiguientes, así que la limitación arriba mencionada podría no aplicar. Esta Garantía Limitada otorga derechos legales específicos, y puede haber también otros derechos que pueden variar de acuerdo al estado.

EXCEPTO POR LO QUE SE EXPRESE DE LO CONTRARIO ARRIBA, EL FABRICANTE NO GARANTIZA EXPRESA O IMPLÍCITAMENTE ALGO QUE SURJA DE LA LEY O DE LO CONTRARIO, INCLUYE SIN LIMITACIÓN, LAS GARANTÍAS IMPLICADAS DE MERCANTILISMO Y BUENA FORMA PARA UN PROPÓSITO PARTICULAR PARA CUALQUIER OTRA PERSONA. LEA SU MANUAL DE USUARIO. SI USTED AÚN TIENE DUDAS SOBRE EL FUNCIONAMIENTO O LA GARANTÍA DEL PRODUCTO, POR FAVOR CONTACTE A NUWAVE, LLC.

1-877-689-2838,
correo electrónico: help@nuwavenow.com