

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Melissa S. Weiner

Firm   PEARSON, SIMON & WARHSAW, LLP

Street Address   800 LaSalle Avenue, Suite 2150

City/State/Zip Code   Minneapolis, MN 55402

Phone Number   (612) 389-0600

Email address   mweiner@pswlaw.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:18-cv-03550 | Aguilera v. NuWave, LLC | Edmond E. Chang |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Melissa S. Weiner                                07/30/2018
_____    _____
Signature of Attorney                                Date

Rev. 01272016