## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Elizabeth Aguilera v. NuWave, LLC

Case Number: 1:18-cv-3550

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Elizabeth Aguilera

Attorney name (type or print): Joshua R. Levine

Firm: Kopelowitz Ostrow Ferguson Weiselberg Gilbert

Street address: One W. Las Olas Blvd. - Suite 500

City/State/Zip: Fort Lauderdale, FL 33301

Bar ID Number: 91807
(See item 3 in instructions)

Telephone Number: (954) 525-4100

Email Address: levine@kolawyers.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 2, 2018

Attorney signature: S/ Joshua R. Levine
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015