UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated., <br><br> Plaintiff, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond Chang |

**MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANT NUWAVE, LLC'S MOTION TO BIFURCATE DISCOVERY PRIOR TO THE PRESENTMENT DATE**

889957.3

Plaintiff Elizabeth Aguilera, on behalf of herself and all others similarly situated, hereby requests leave to file an opposition to Defendant NuWave, LLC's Motion to Bifurcate prior to the date of presentment, August 9, 2018.

WHEREAS, the Parties met and conferred regarding the Joint Initial Status Report filed on July 30, 2018.

WHEREAS, Plaintiff seeks discovery that will address Plaintiff's individual claims, along with issues pertinent to class certification.

WHEREAS, as a result of the Parties' disagreement on the scope of discovery, on July 30, 2018, Defendant filed a Motion to Bifurcate Discovery which is set for presentment on August 9, 2018, the date of the Initial Status Conference.

WHEREAS, Plaintiff seeks leave to immediately file written opposition to Defendant's Motion to Bifurcate Discovery prior to the date of presentment.

WHEREAS, Plaintiff is cognizant that often a briefing schedule will be scheduled when a motion is first presented, but that the Honorable Judge Edmund E. Chang's procedures contemplate that the substance of discovery motions will often be heard and resolved on the date such motions are presented at the motion call.  Plaintiff views the Motion to Bifurcate Discovery as substantive and critical to the prosecution of her claims. Furthermore, the Motion is in a sense seeking a protective order in that Defendant seeks to limit the scope of discovery before Plaintiff has even served her discovery requests, claiming that class certification discovery should be eliminated entirely at this stage.

WHEREAS, in accordance with Local Rule 37.2, Plaintiff's counsel has met and conferred with Defendant's counsel regarding the relief requested in this Motion.  Defendant does not oppose the relief requested, but noted its request to obtain permission to file a reply brief in support of the Motion to Bifurcate Discovery.  As this Court's local rules do not contemplate the filing of a reply for such a motion, Plaintiff opposes Defendant's request for a reply, and asks the Court to limit briefing to the Motion to Bifurcate Discovery and Plaintiff's Opposition thereto.

THEREFORE, with to the extent the Court anticipates it will substantively consider Defendant's Motion to Bifurcate Discovery at the August 9, 2018 presentment hearing, Plaintiff requests permission to file an Opposition to Defendant's Motion to Bifurcate Discovery on or before August 7, 2018, to aid the Court in considering and resolving said Motion on August 9, 2018.

Plaintiff recognizes that the resolution of the discovery motion goes hand in hand with the Court setting the schedule for this litigation. If the Court anticipates consideration of the Motion to Bifurcate Discovery at the August 9, 2018, Plaintiff requests permission to file a complete Opposition in advance of the hearing. Alternatively, Plaintiff requests the Court set a briefing schedule following the August 9 hearing that allows both sides to be heard on the issue of bifurcation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: August 3, 2018     **PEARSON, SIMON & WARSHAW, LLP**

By:    */s/ Melissa S. Weiner*
       MELISSA S. WEINER

MELISSA S. WEINER (*pro hac vice*)
  mweiner@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone:   (612) 389-0600
Facsimile:   (612) 389-0610

HASSAN A. ZAVAREEI
  hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone:   (202) 973-0900
Facsimile:   (202) 973-0950

JEFFREY M. OSTROW
  ostrow@kolawyers.com
JONATHAN STREISFELD
  streisfeld@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON EISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone:   (954) 525-4100
Facsimile:   (954) 525-4300

*Attorneys for Plaintiff Elizabeth Aguilera and the proposed Class*

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2018, all counsel of record were served with a copy of the foregoing via the Court's CM/ECF System.

                    By:    */s/ Melissa S. Weiner*
                            MELISSA S. WEINER

*Attorneys for Plaintiff Elizabeth Aguilera and the proposed Class*

889957.3