UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on Behalf of herself and all others similarly situated, | ] ] ] |
| Plaintiff, | ] ] |
| v. | ] Case No. 1:18-CV-3550 ] |
| NUWAVE, LLC, | ] The Hon. Edmond Chang ] (Jury Trial Demanded) |
| Defendant. | ] |

**DEFENDANT NUWAVE, LLC'S RESPONSE TO PLAINTIFF'S "MOTION FOR LEAVE TO FILE AN OPPOSITION" TO DEFENDANT NUWAVE, LLC'S MOTION TO BIFURCATE**

NOW COMES Defendant NUWAVE, LLC, by its attorneys Peter C. Morse and Melvin W. Gaddy, of MORSE BOLDUC & DINOS, LLC, and in response to the Plaintiff's "Motion for Leave to File an Opposition to Defendant NuWave, LLC's Motion to Bifurcate Discovery Prior to the Presentment Date" (Dkt. # 30), states as follows:

1. On this day of August 3, 2018 Plaintiff Elizabeth Aguilera filed a "Motion for Leave to File an Opposition to Defendant NuWave, LLC's Motion to Bifurcate Discovery Prior to the Presentment Date." (Dkt. # 30).

2. To the extent this is a request seeking leave to file a brief in opposition to Defendant's Motion to Bifurcate (Dkt. 25), as Plaintiff is entitled by Fed. R. Civ. P. 27(a)(3)(A) (any party may file a response to a motion within 10 days after service unless the court shortens or extends the time), Defendant certainly has no objection. Thereafter,

1

Defendant shall file a reply to whatever Response Plaintiff files, pursuant to Fed. R. Civ. P. 27(a)(4) (any reply must be filed within 7 days after service of the response).

WHEREFORE, Defendant respectfully submits that it has no opposition to Plaintiff's Motion, to the extent that it is a request for leave to file a response to which she is entitled, pursuant to Fed. R. Civ. P. 27(a)(3)(A); that thereafter Defendant may file a reply, pursuant to Fed. R. Civ. P. 27(a)(4).

                              Respectfully submitted,
                              **NUWAVE, LLC**

By:    */s/ Peter S. Morse*
        Peter S. Morse
        Melvin W. Gaddy
        **MORSE BOLDUC & DINOS, LLC**
        25 East Washington, Suite 750
        Chicago, IL 60601
        (312) 251-2577