**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Elizabeth Aguilera, v. NuWave, LLC

Case Number: 18-cv-3550

An appearance is hereby filed by the undersigned as attorney for:

Elizabeth Aguilera (Plaintiff)

Attorney name (type or print): Douglas A. Millen

Firm: Freed Kanner London & Millen LLC

Street address: 2201 Waukegan Road, Suite 130

City/State/Zip: Bannockburn, IL 60015

Bar ID Number: 6226978
(See item 3 in instructions)

Telephone Number: (224) 632-4500

Email Address: dmillen@fklmlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/08/18

Attorney signature: S/ Douglas A. Millen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015