**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Elizabeth Aguilera

                    Plaintiff,

v.                                         Case No.: 1:18–cv–03550
                                         Honorable Edmond E. Chang

NuWave, LLC

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 9, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on Defendant's motion [25] to bifurcate discovery. As discussed during the hearing, the motion is granted in part and denied in part. To get a rough sense of the potential class size, the Court made inquires. Defense counsel estimated, very roughly, that around 14,000 replacements have been sent out. On balance, the right course is to apply MID to the merits of the individual Plaintiff's claims, while putting class–certification propriety on a longer track, in light of the extensiveness of that discovery and to allow for the possibility of an early summary judgment motion (permission must be sought by motion). On the individual merits, MID disclosures due 08/24/2018. ESI discovery shall be disclosed by 10/03/2018. The first–round of written discovery requests must be issued no later than 09/07/2018. But Defendant may issue the first round starting now, subject to informing Plaintiff in detail, by 08/29/2018, which requests (or sub–parts) need not be responded to in light of the MID disclosures. On the propriety of class certification, Rule 26(a)(1) disclosures due 10/16/2018. The first–round of written discovery requests must be issued no later than 10/30/2018. Fact discovery shall close on 04/05/2019 for the merits of Plaintiff's individual claim and the propriety of class certification. Status hearing set for 10/02/2018 at 9:30 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.