UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>NuWave, LLC,<br><br>                Defendant. | Case No. 1:18-cv-3550<br><br>Honorable Edmond E. Chang |

## **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.17, Christopher J. Moreland (Movant) hereby notifies the parties and the Court of his intent to withdraw as counsel *pro hac vice* for Plaintiff. Movant states the following grounds for this motion:

1. This Court granted movant leave to appear *pro hac vice* in this matter pursuant to its May 25, 2018 Order.

2. Movant has represented Plaintiff as part of his employment at Halunen Law. Melissa S. Weiner, formerly of Halunen Law and now of the law firm Pearson, Simon, Warshaw, LLP, continues to represent Plaintiff and is actively involved in Plaintiff's litigation. Ms. Weiner filed her Notification of Change of Attorney Address or Name on July 30, 2018 (Dkt. No. 28) and has since obtained local counsel on behalf of Plaintiff. Movant no longer represents Plaintiff in this matter.

3. Given the foregoing, Movant's withdrawal will not cause any prejudice or delay in the case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel *pro hac vice*.

THEREFORE, Movant Christopher J. Moreland respectfully requests that this Court grant him leave to withdraw as counsel *pro hac vice* in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: August 17, 2018   Respectfully submitted,

*/s/ Christopher J. Moreland*
**HALUNEN LAW**
Christopher J. Moreland (MN Bar No. 0278142)
1650 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

2

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

*/s/ Christopher J. Moreland*
Christopher J. Moreland