UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>   v.<br><br>NuWave, LLC<br><br>                Defendant. | Case No. 1:18-cv-03550<br><br>Hon. Edmond Chang |

## NOTICE OF SERVICE OF RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS

The undersigned herby certifies that a true and correct copy of **ELIZABETH AGUILERA'S RESPONSES TO MANDATORY INITIAL DISCOVERY REQUESTS** was served via electronic mail this 24th day of August, 2018, to the parties listed on the attached service list.

DATED: August 24, 2018        **PEARSON, SIMON & WARSHAW, LLP**

By:     /s/ Melissa S. Weiner
        MELISSA S. WEINER
Melissa S. Weiner (Pro Hac Vice)
mweiner @pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Counsel for Plaintiff Elizabeth Aguilera*

890686.1

**SERVICE LIST**
**ELIZABETH AGUILERA V. NUWAVE, LLC.**
**Case No. 1:18-cv-03550**

| | |
|---|---|
| Peter C Morse<br>Matthew J Kowals<br>Melvin W. Gaddy<br>MORSE BOLDUC & DINOS, LLC<br>25 East Washington Street<br>Suite 750<br>Chicago, IL 60602<br>Telephone: (312) 251-2577<br>Email: pmorse@morseandbolduc.com<br>Email: mkowals@morseandbolduc.com<br>Email: mgaddy@morseandbolduc.com | Counsel for Defendant NuWave LLC |
| Jeffrey M. Ostrow, Esq.<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>2800 Ponce de Leon Blvd.<br>Suite 1100<br>Coral Gables, FL 33134<br>Telephone: (305)529-8858<br>Facsimile: (954)525-4300<br>Email: ostrow@kolawyers.com | Counsel for Plaintiff Elizabeth Aguilera |
| Jonathan M. Streisfeld, Esq.<br>KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT<br>One W. Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 525-4100<br>Facsimile: (954) 525-4300<br>Email: streisfeld@kolawyers.com | Attorney for Plaintiff Elizabeth Aguilera |

890686.1

| | |
|---|---|
| Douglas A. Millen, Esq.<br>Robert J Wozniak, Esq.<br>Brian M Hogan<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Facsimile: (224) 632-4521<br>Email: dmillen@fklmlaw.com<br>Email: rwozniak@fklmlaw.com<br>Email: bhogan@fklmlaw.com | Counsel for Plaintiff Elizabeth Aguilera and the Proposed Class |

890686.1