# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated, ] ] ] Plaintiff, ] ] v. ] ] NUWAVE, LLC, ] ] Defendant. ] | Case No. 1:18-CV-3550 The Hon. Edmond Chang (Jury Trial Demanded) |

## NOTICE OF SERVICE OF DEFENDANT'S MANDATORY INITIAL DISCLOSURES

The undersigned hereby certifies that a true and correct copy of Defendant, NuWave, LLC's responses to Mandatory Initial Disclosures was served via electronic mail on Friday August 24, 2018 to the parties listed on the attached service list:

DATE: August 27, 2018

                        Respectfully submitted,
                        **NUWAVE, LLC**

By:    */s/ Peter S. Morse*

        Peter S. Morse
        Melvin W. Gaddy
        **MORSE BOLDUC & DINOS, LLC**
        25 East Washington, Suite 750
        Chicago, IL 60601
        312-251-2577 (main)
        312-376-3896 (fax)
        pmorse@morseandbolduc.com
        mgaddy@morseandbolduc.com

# SERVICE LIST

### Aguilera v. NuWave, LLC, No. 1:18-CV-03550

**MORSE BOLDUC & DINOS, LLC**
Peter C. Morse
Melvin W. Gaddy
Matthew J. Kowals
25 E. Washington Street, Suite 750
Chicago, IL 60602
Phone: 312-251-2577
Fax: 312-376-3896
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com
mkowals@morseandbolduc.com
amadda@morseandbolduc.com
smartel@morseandbolduc.com

*Counsel for Defendant NuWave, LLC*

**FREED KANNER LONDON & MILLEN, LLC**
Brian M. Hogan
Douglas A. Millen
Robert J. Wozniak
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Phone: 224-632-4500
Fax: 224-632-4521
bhogan@fklmlaw.com
doug@fklmlaw.com
rwozniak@fklmlaw.com
mkhamoo@fklmlaw.com

**KOPELWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Joshua Robert Levine
Jeffrey M. Ostrow
Jonathan Marc Streisfeld
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
levine@kolawyers.com
ostrow@kolawyers.com
streisfeld@kolawyers.com
marino@kolawyers.com
garcia@kolawyers.com

Case: 1:18-cv-03550 Document #: 48 Filed: 08/27/18 Page 3 of 3 PageID #:242

3

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-389-0600
mweiner@pswlaw.com
egrant@pswlaw.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei
1828 L Street, NW, Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
hzavareei@tzlegal.com

*Counsel for Plaintiff Elizabeth Aguilera, individually, and on behalf of all others similarly situated*