UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated, | ] ] ] |
| Plaintiff, | ] ] |
| v. | ] Case No. 1:18-CV-3550 ] |
| NUWAVE, LLC, | ] The Hon. Edmond Chang ] (Jury Trial Demanded) |
| Defendant. | ] |

**NOTICE OF SERVICE OF**
**DEFENDANT'S MANDATORY INITIAL DISCLOSURES OF ELECTRONICALLY STORED INFORMATION AS TO MERITS OF NAMED PLAINTIFF'S INDIVIDUAL WARRANTY CLAIM**

The undersigned, Peter C. Morse, hereby certifies that he caused a true and correct copy of Defendant, NuWave, LLC's Mandatory Initial Disclosures of Electronically Stored Information as to the merits of Named Plaintiff's Individual Warranty Claim via electronic mail on Thursday, October 04, 2018, to the parties on the attached service list:

DATE: October 4, 2018

Respectfully submitted,
**NUWAVE, LLC**

By: */s/ Peter C. Morse*
Peter C. Morse
Melvin W. Gaddy
**MORSE BOLDUC & DINOS, LLC**
25 East Washington, Suite 750
Chicago, IL 60601
312-251-2577 (main)
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com

1

**SERVICE LIST**

*Aguilera v. NuWave, LLC*
1:18-cv-03550

**COUNSEL FOR DEFENDANT NUWAVE, LLC**

**MORSE BOLDUC & DINOS, LLC**
Peter C. Morse
Melvin W. Gaddy
Matthew J. Kowals
25 E. Washington Street, Suite 750
Chicago, IL 60602
Phone: 312-251-2577
Fax: 312-376-3896
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com
mkowals@morseandbolduc.com
amadda@morseandbolduc.com
smartel@morseandbolduc.com

**COUNSEL FOR PLAINTIFF ELIZABETH AGUILERA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**FREED KANNER LONDON & MILLEN, LLC**
Brian M. Hogan
Douglas A. Millen
Robert J. Wozniak
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Phone: 224-632-4500
Fax: 224-632-4521
bhogan@fklmlaw.com
doug@fklmlaw.com
rwozniak@fklmlaw.com
mkhamoo@fklmlaw.com

**KOPELWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Joshua Robert Levine
Jeffrey M. Ostrow
Jonathan Marc Streisfeld
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
levine@kolawyers.com

ostrow@kolawyers.com
streisfeld@kolawyers.com
marino@kolawyers.com
garcia@kolawyers.com

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-389-0600
mweiner@pswlaw.com
egrant@pswlaw.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei
1828 L Street, NW, Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
hzavareei@tzlegal.com