# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH AGUILERA, individually and on Behalf of herself and all others similarly situated, | ] ] ] | |
| Plaintiff, | ] ] | |
| v. | ] ] | Case No. 1:18-CV-3550 |
| NUWAVE, LLC, | ] ] | The Hon. Edmond Chang |
| | ] | (Jury Trial Demanded) |
| Defendant. | ] | |

## NOTICE OF SERVICE OF
## NUWAVE'S RESPONSES TO PLAINTIFF'S
## REQUEST TO ADMIT FILED SEPTEMBER 7, 2018

The undersigned, Peter C. Morse, of MORSE BOLDUC & DINOS, LLC, hereby certifies that NuWave's Responses to Plaintiff's Request to Admit Filed September 7, 2018 were served via electronic mail on October 5, 2018 to the parties on the attached service list.

DATE: October 5, 2018

Respectfully submitted,
**NUWAVE, LLC**

By: */s/ Peter S. Morse*
Peter S. Morse
Melvin W. Gaddy
**MORSE BOLDUC & DINOS, LLC**
25 East Washington, Suite 750
Chicago, IL 60601
312-251-2577 (main)
312-376-3896 (fax)
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com

1

## SERVICE LIST

*Aguilera v. NuWave, LLC*
1:18-cv-03550

**COUNSEL FOR DEFENDANT NUWAVE, LLC**

**MORSE BOLDUC & DINOS, LLC**
Peter C. Morse
Melvin W. Gaddy
Matthew J. Kowals
25 E. Washington Street, Suite 750
Chicago, IL 60602
Phone: 312-251-2577
Fax: 312-376-3896
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com
mkowals@morseandbolduc.com
amadda@morseandbolduc.com
smartel@morseandbolduc.com

**COUNSEL FOR PLAINTIFF ELIZABETH AGUILERA, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

**FREED KANNER LONDON & MILLEN, LLC**
Brian M. Hogan
Douglas A. Millen
Robert J. Wozniak
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Phone: 224-632-4500
Fax: 224-632-4521
bhogan@fklmlaw.com
doug@fklmlaw.com
rwozniak@fklmlaw.com
mkhamoo@fklmlaw.com

**KOPELWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Joshua Robert Levine
Jeffrey M. Ostrow
Jonathan Marc Streisfeld
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Phone: 954-525-4100
Fax: 954-525-4300
levine@kolawyers.com

ostrow@kolawyers.com
streisfeld@kolawyers.com
marino@kolawyers.com
garcia@kolawyers.com

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-389-0600
mweiner@pswlaw.com
egrant@pswlaw.com

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei
1828 L Street, NW, Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
hzavareei@tzlegal.com

**CERTIFICATE OF SERVICE**

I, Peter C. Morse, hereby certify that on October 5, 2018, a copy of the foregoing Defendant NuWave's **NOTICE OF SERVICE OF NUWAVE'S RESPONSES TO PLAINTIFF'S REQUEST TO ADMIT FILED SEPTEMBER 7, 2018** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**MORSE, BOLDUC & DINOS, LLC**

/s/ Peter C. Morse_____
One of the Attorneys for Defendant, NuWave, LLC

Peter C. Morse
Melvin W. Gaddy
**MORSE, BOLDUC & DINOS, LLC**
25 E. Washington Street, Suite 750
Chicago, Illinois 60602
312-251-2577 (main)
312-376-3896 (fax)
pmorse@morseandbolduc.com
mgaddy@morseandbolduc.com