**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Elizabeth Aguilera

                    Plaintiff,

v.                                                          Case No.: 1:18−cv−03550
                                                            Honorable Edmond E. Chang

NuWave, LLC

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 10, 2018:

        MINUTE entry before the Honorable Edmond E. Chang: Status hearing held.
Attorney Jonathan Streisfeld appeared by telephone on behalf of Plaintiff. Counsel for
both sides reported that the case is scheduled for private mediation on 11/13/2018. In light
of the upcoming mediation, all *formal* discovery obligations are suspended. Of course,
the mediator may order any discovery needed for a productive mediation. By 12/03/2018,
the parties shall file a joint status repot on the status of mediation, under seal if needed.
Status hearing set for 12/07/2018 at 9:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.