UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated., <br><br> Plaintiff, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond Chang <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's Minute Entry on October 10, 2018 (ECF No. 54), the parties submit this Joint Status Report regarding the status of mediation.

On November 13, 2018, the parties attended a mediation with the Hon. James Epstein (Ret.) at JAMS in Chicago, Illinois. The mediation ended in an impasse with a significant gap between the parties' settlement proposals.

The parties will be in a position to discuss the schedule and any need for modification at the upcoming status conference on December 7, 2018.

DATED: December 3, 2018      **PEARSON, SIMON & WARSHAW, LLP**

By:     */s/Melissa S. Weiner*
            MELISSA S. WEINER

Melissa S. Weiner
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Jeffrey M. Ostrow, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305)529-8858
Facsimile: (954)525-4300

Jonathan M. Streisfeld, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiff*

DATED: December 3, 2018  **MORSE BOLDUC & DINOS, LLC**


By:    */s/Peter C. Morse*
       PETER C. MORSE

Peter C. Morse
Matthew J. Kowals
Melvin W. Gaddy
MORSE BOLDUC & DINOS, LLC
25 East Washington Street
Suite 750
Chicago, IL 60602
Telephone: (312) 251-2577

*Attorneys for Defendant*