# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on Behalf of herself and all others similarly situated, | ] ] ] |
| Plaintiff, | ] ] |
| v. | ] Case No. 1:18-CV-3550 ] |
| NUWAVE, LLC, | ] The Hon. Edmond Chang ] (Jury Trial Demanded) |
| Defendant. | ] |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Rule 83.17, Peter C. Morse (Movant) hereby notifies the parties and the Court of his intent to withdraw as counsel for Defendant. Movant states the following grounds for this motion:

1. Movant filed his Attorney Appearance Form in the case on June 11, 2018 (Dkt. 10)

2. Movant has represented the Defendant as part of his employment at Morse Bolduc & Dinos, LLC.

3. Robert J. Palmersheim and Anand Mathew of the law firm Palmersheim & Mathew, LLP now represent the Defendant and are actively involved in the litigation. Movant no longer represents the Defendant in this matter.

4. Given the foregoing, Movant's withdrawal will not cause any prejudice or delay in the case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as Counsel.

THEREFORE, Movant Peter C. Morse respectfully requests that this Court grant him leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant is so withdrawn.

        Respectfully submitted,

By:    */s/ Peter S. Morse*
       **MORSE BOLDUC & DINOS, LLC**
       Peter C. Morse (ARDC No. 6181070)
       25 East Washington, Suite 750
       Chicago, IL 60601
       312-251-2577 (main)
       312-376-3896 (fax)
       pmorse@morseandbolduc.com

## CERTIFICATE OF SERVICE

  I, Peter C. Morse, hereby certify that on December 7, 2018, a copy of the foregoing Motion to Withdraw was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

             **MORSE, BOLDUC & DINOS, LLC**

             */s/ Peter C. Morse*_____
             Peter C. Morse