UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NuWave, LLC,<br><br>Defendant. | Case No. 1:18-cv-03550<br><br>Hon. Edmond Chang |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned Plaintiff and Defendant jointly move for entry of a stipulated order regarding discovery of electronically stored information and paper documents.

DATED: February 27, 2019     **PEARSON, SIMON & WARSHAW, LLP**

By: */s/ Melissa S. Weiner*
           MELISSA S. WEINER

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

        Jeffrey M. Ostrow, Esq.
        Jonathan M. Streisfeld, Esq.
        Joshua R. Levine, Esq.
        **KOPELOWITZ OSTROW FERGUSON**
        **WEISELBERG GILBERT**
        2800 Ponce de Leon Blvd.
        Suite 1100
        Coral Gables, FL 33134
        Telephone: (305)529-8858
        Facsimile: (954)525-4300

        Hassan A. Zavareei, Esq.
        **TYCKO & ZAVAREEI LLP**
        1828 L Street, NW
        Suite 1000
        Washington, DC 20036
        Telephone: (202) 973-0900
        Facsimile: (202) 973-0950

        Douglas A. Millen, Esq.
        Robert J Wozniak, Esq.
        Brian M Hogan, Esq.
        **FREED KANNER LONDON & MILLEN LLC**
        2201 Waukegan Road
        Suite 130
        Bannockburn, IL 60015
        Telephone: (224) 632-4500
        Facsimile: (224) 632-4521

        *Attorneys for Plaintiff*


DATED: February 27, 2019        **PALMERSHEIM & MATHEW LLP**


        By:  */s/ Anand C. Mathew*
                ANAND C. MATHEW

        Anand C. Mathew, Esq.
        **Palmersheim & Mathew LLP**
        401 N. Franklin Street,
        Suite 4S
        Chicago, IL 60654
        Telephone: (312) 319-1791
        acm@thepmlawfirm.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Melissa S. Weiner, hereby certify that on February 27, 2019, a copy of the foregoing JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND PAPER DOCUMENTS was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Melissa S. Weiner*
Melissa S. Weiner