# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Elizabeth Aguilera

                          Plaintiff,

v.                                             Case No.: 1:18−cv−03550
                                                         Honorable Edmond E. Chang

NuWave, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's unopposed motion [78] to file Second Amended Complaint is granted. Plaintiff shall file the pleading on the docket as a separate docket entry. Defendant's answer is due by 03/25/2019. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.