UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated., <br><br> Plaintiffs, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond Chang |

**SECOND JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned Plaintiffs and Defendant jointly move for entry of a stipulated order regarding extending the briefing schedule.

1. On March 4, 2019, the Court entered a Minute Entry granting the agreed extension motion [Doc 75] on the ESI discovery – motion briefing schedule.

2. The parties have continued meeting and conferring on the ESI process. The parties believe further meet and confer is in the best interests of the parties in resolving the current dispute.

3. Currently, Plaintiffs' opening brief is due on March 11, 2019.

4. To facilitate the meet and confer process, the parties agree to a 10-day extension on the briefing schedule.

5. Accordingly, Plaintiffs shall file their opening brief on ESI issues on March 21, 2019.

6. Defendant shall file its responsive pleading on April 11, 2019.

7. Plaintiffs shall file their reply brief on April 18, 2019.

DATED: March 11, 2019　　　　　　　　　**PEARSON, SIMON & WARSHAW, LLP**


By:　*/s/ Melissa S. Weiner*
　　　　MELISSA S. WEINER

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Jeffrey M. Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305)529-8858
Facsimile: (954)525-4300

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiffs*

DATED: March 11, 2019     **PALMERSHEIM & MATHEW LLP**


By:  */s/ Anand C. Mathew*
           ANAND C. MATHEW

Anand C. Mathew, Esq.
**Palmersheim & Mathew LLP**
401 N. Franklin Street,
Suite 4S
Chicago, IL 60654
Telephone: (312) 319-1791
acm@thepmlawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Melissa S. Weiner, hereby certify that on March 11, 2019, a copy of the foregoing SECOND JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Melissa S. Weiner*
Melissa S. Weiner
