# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated., <br><br> Plaintiffs, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond Chang |

## NOTICE OF MOTION

On March 14, 2019 at 8:30 a.m., or soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Edmond E. Chang, or any judge sitting in that judge's stead, in the courtroom usually occupied by him in the Northern District of Illinois and shall then and there present the SECOND JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE.

DATED: March 11, 2019               **PEARSON, SIMON & WARSHAW, LLP**


By:   */s/ Melissa S. Weiner*
          MELISSA S. WEINER

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

903765.1

Jeffrey M. Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305)529-8858
Facsimile: (954)525-4300

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiffs*

DATED: March 11, 2019           **PALMERSHEIM & MATHEW LLP**


By:  */s/ Anand C. Mathew*
            ANAND C. MATHEW

Anand C. Mathew, Esq.
**PALMERSHEIM & MATHEW LLP**
401 N. Franklin Street,
Suite 4S
Chicago, IL 60654
Telephone: (312) 319-1791
acm@thepmlawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Melissa S. Weiner, hereby certify that on March 11, 2019, a copy of the foregoing NOTICE OF SECOND JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Melissa S. Weiner*
Melissa S. Weiner