# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated., <br><br> Plaintiffs, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond E. Chang <br><br> **[PROPOSED] STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE** |

The parties stipulate to the extension of the Court's briefing schedule entered in Minute Entry (ECF 75) on March 4, 2019, as listed below:

1. On March 4, 2019, the Court entered a Minute Entry granting the agreed extension motion [Doc 75] on the ESI discovery – motion briefing schedule.

2. The parties have continued meeting and conferring on the ESI process. The parties believe further meet and confer is in the best interests of the parties in resolving the current dispute.

3. Currently, Plaintiffs' opening brief is due on March 11, 2019.

4. To facilitate the meet and confer process, the parties agree to a 10-day extension on the briefing schedule.

5. Accordingly, Plaintiffs shall file their opening brief on ESI issues on March 21, 2019.

6. Defendant shall file its responsive pleading on April 11, 2019.

7. Plaintiffs shall file their reply brief on April 18, 2019.

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: March 11, 2019

*/s/ Melissa S. Weiner*
Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610


*/s/ Jeff Ostrow*
Jeff Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One W. Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

                              */s/ Douglas A. Millen*
                              Douglas A. Millen, Esq.
                              Robert J Wozniak, Esq.
                              Brian M Hogan, Esq.
                              **FREED KANNER LONDON & MILLEN LLC**
                              2201 Waukegan Road
                              Suite 130
                              Bannockburn, IL 60015
                              Telephone: (224) 632-4500
                              Facsimile: (224) 632-4521

                              *Attorneys for Plaintiffs*

DATED: March 11, 2019

                              */s/ Robert J. Palmersheim*
                              Robert J. Palmersheim, Esq.
                              Anand C. Mathew, Esq.
                              **PALMERSHEIM & MATHEW LLP**
                              401 N. Franklin Street, Suite 4S
                              Chicago, IL 60654
                              Telephone: (312) 319-1791

                              *Attorneys for Defendant*

**IT IS ORDERED** that the foregoing stipulation is approved.

Dated: _____, 2019

_____
HON. EDMOND E. CHANG
United States District Judge