UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated., <br><br> Plaintiffs, <br><br> vs. <br><br> NuWave, LLC, <br><br> Defendant. | Case No. 1:18-cv-03550 <br><br> Hon. Edmond Chang |

**THIRD JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE:
EXTENDING THE BRIEFING SCHEDULE**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the undersigned Plaintiffs and Defendant jointly move for entry of a stipulated order regarding extending the briefing schedule.

1. On March 13, 2019, the Court entered a Minute Entry granting the agreed extension motion [Doc 84] on the ESI discovery – motion briefing schedule.

2. The parties have continued meeting and conferring on the ESI process and have made progress in their discussions. The parties believe further meet and confer is in the best interests of the parties in resolving the current dispute.

3. Currently, Plaintiffs' opening brief is due on March 21, 2019.

4. To facilitate the meet and confer process, the parties agree to an extension on the briefing schedule.

5. Accordingly, Plaintiffs shall file their opening brief on any remaining ESI discovery issues due on or before April 24, 2019.

6. Defendant shall file its responsive brief on ESI discovery issues on or before May 15, 2019.

7. Plaintiffs' reply brief on ESI discovery issues May 22, 2019.

8. If the parties determine they are at an impasse on the ESI discovery issues earlier than the anticipated briefing schedule, they will meet and confer to agree on an alternative briefing schedule.

9. Additionally, the parties are in the process of meeting and conferring regarding a proposed Third Amended Complaint. The parties agree that Plaintiffs shall file a motion to amend the scheduling order and to amend the complaint (either by stipulation or as a contested motion) on or before April 2, 2019.

10. Defendant's response to the Second Amended Complaint, currently due March 25, 2019, is stayed.  Defendant shall file its response to the operative complaint (either the current Second Amended Complaint or a newly filed Third Amended Complaint) within 21 days from a) the filing of a Third Amended Complaint or b) a denial of the motion to amend the scheduling order and amend the complaint.

11. The parties request a status conference the week of May 27 to address the schedule and any outstanding discovery disputes.

DATED: March 21, 2019          **PEARSON, SIMON & WARSHAW, LLP**

By: */s/ Melissa S. Weiner*
        MELISSA S. WEINER

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Jeffrey M. Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305)529-8858
Facsimile: (954)525-4300

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiffs*

DATED: March 21, 2019　　　　　　　**PALMERSHEIM & MATHEW LLP**


By:　*/s/ Anand C. Mathew*
　　　　ANAND C. MATHEW

Anand C. Mathew, Esq.
**Palmersheim & Mathew LLP**
401 N. Franklin Street,
Suite 4S
Chicago, IL 60654
Telephone: (312) 319-1791
acm@thepmlawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Melissa S. Weiner, hereby certify that on March 21, 2019, a copy of the foregoing THIRD JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> */s/ Melissa S. Weiner*
> Melissa S. Weiner