## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Elizabeth Aguilera, et al.

Plaintiff,

v.                                                    Case No.: 1:18–cv–03550

Honorable Edmond E. Chang

NuWave, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2019:

MINUTE entry before the Honorable Edmond E. Chang: The parties' scheduling motion [87] is granted in large part, with only the status hearing date altered. Plaintiffs shall file their opening brief on remaining ESI disputes by 04/24/2019. Defendant's response due by 05/15/2019. Plaintiffs' reply due by 05/22/2019. With regard to the potential Third Amended Complaint, Plaintiffs' motion to amend due by 04/02/2019. Defendant's response to the Second Amended Complaint is stayed. Instead, Defendant shall respond to the operative complaint (either the Second Amended Complaint or a newly filed Third Amended Complaint) within 21 days from (a) the filing of a Third Amended Complaint or (b) a denial of the motion to amend. The status hearing of 04/04/2019 is reset to 06/07/2019 at 9:45 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.