UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>NuWave, LLC<br><br>     Defendant. | Case No. 1:18-cv-3550 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

  Pursuant to the Federal Rules of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiff Crystal Russell voluntarily dismisses her claims against Defendant NuWave, LLC in the above-captioned action. Defendant has not yet served either an answer to Plaintiff's Class Action Complaint or a motion for summary judgment. Plaintiff's dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: April 10, 2019        Respectfully submitted,

                /s/ Matthew W. Lanahan
                **TYCKO & ZAVAREEI LLP**
                Matthew W. Lanahan
                Hassan A. Zavareei
                1828 L Street, NW, Suite 1000
                Washington, DC 20036
                Telephone: (202) 973-0900
                Facsimile: (202) 973-0950
                mlanahan@tzlegal.com
                hzavareei@tzlegal.com

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner (*pro hac vice*)
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Jeffrey M. Ostrow
Jonathan M. Streisfeld
Joshua R. Levine, Esq.
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com
streisfeld@kolawyers.com
levine@kolawyers.com

**FREED KANNER LONDON & MILLEN LLC**
Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Counsel for Plaintiffs and the putative class*