UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Elizabeth Aguilera, et al.
                        Plaintiff,

v.                                                Case No.: 1:18−cv−03550
                                                        Honorable Edmond E. Chang

NuWave, LLC
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cummings for the purpose of discovery supervision.(slb, )Emailed notice.

Dated: September 27, 2019

                                                                           /s/ Edmond E. Chang

                                                                  United States District Judge