# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, CRYSTAL RUSSELL, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-CV-3550 |
| Plaintiffs, | ) Judge Edmond E. Chang |
| v. | ) Magistrate Judge Jeffrey Cummings |
| NUWAVE, LLC, | ) |
| Defendant. | ) |

## NOTICE OF MOTION

On October 17, 2019 at 10:00 a.m., or soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Jeffrey Cummings, or any judge sitting in that judge's stead, in the courtroom usually occupied by him in the Northern District of Illinois and shall then and there present the <u>JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: EXTENDING THE BRIEFING SCHEDULE</u>.

DATED: October 11, 2019          **PALMERSHEIM & MATHEW LLP**

By: */s/Natasha Singh*

Robert J. Palmersheim
Anand C. Mathew
Julie M. Mallen
Natasha Singh
**PALMERSHEIM & MATHEW LLP**
401 North Franklin Street, Suite 4S
Chicago, Illinois 60654
Tel: 312.319.1791
*rjp@thepmlawfirm.com*
*acm@thepmlawfirm.com*
*jmm@thepmlawfirm.com*
*ns@thepmlawfirm.com*

*Attorneys for Defendants*

DATED: October 11, 2019          **PEARSON, SIMON & WARSHAW, LLP**

By:   */s/ Melissa S. Weiner*

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Jeffrey M. Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
2800 Ponce de Leon Blvd.
Suite 1100
Coral Gables, FL 33134
Telephone: (305)529-8858
Facsimile: (954)525-4300

Hassan A. Zavareei, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Natasha Singh, an attorney, hereby state that I caused a copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system on October 11, 2019, which will automatically forward notice to all attorneys of record.

                                                */s/Natasha Singh*