UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>NUWAVE, LLC,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-03550<br><br>Hon. Edmond Chang<br><br>Magistrate Judge: Hon. Jeffrey Cummings |

**JOINT STATUS REPORT FOR**
**DECEMBER 5, 2019 TELEPHONIC STATUS HEARING**

　　The parties submit the following status report in response to the order from Magistrate Judge Jeffrey Cummings directing that one be filed in advance of the telephonic status hearing set for December 5, 2019, at 1:00 p.m. The parties will be prepared to discuss these issues and any other issues that the Court may wish to discuss.

1. **Request for a Settlement Conference**

　　Following the November 26, 2019 telephonic status hearing, the parties continued to address the discovery topics the Court has been monitoring in an effort to resolve them without Court intervention. However, since then, the parties have begun discussing amicable resolution of this putative class action and believe that a settlement conference with the Court will be beneficial to their settlement efforts. Accordingly, the parties jointly request a settlement conference at the Court's earliest convenience. In the meantime, the parties jointly request that discovery in this

matter (including depositions and the outstanding issues related to ESI) be formally stayed, along with the current deadlines for class certification briefing and related expert reports, so that the parties can focus their resources on resolution. The parties are cognizant of the Court's case load but respectfully request that, if possible, the settlement conference be set for a date in January 2020 so as not to excessively delay proceedings, particularly in view of the requested stay of discovery and the class certification briefing deadlines.

In the event that the Court is not available to preside over a settlement conference in January 2020 or soon thereafter, or the Court determines not to stay discovery, the parties will meet and confer to address the unresolved ESI issues and to schedule and take depositions, including those addressed below. In the event that settlement discussions fail to result in a settlement, the parties have agreed that all items taken off calendar will be put back on calendar without delay.

Subsequent to the institution of this case, another class action lawsuit was initiated against NuWave in the Central District of California – *Kiana Horn et al. v. NuWave, LLC*, Case No. 2:19-cv-07955 (the "California Action"). The attorneys representing the California Action plaintiff and the putative class in the California Action are substantially the same as those in this action. A motion to transfer venue to the Northern District of Illinois is currently pending in the California Action. The parties and the plaintiff in the California Action wish to globally settle both this case and the California Action in a single settlement conference. Accordingly, the parties respectfully request that the California Action be considered and included in the requested settlement conference. If the parties' proposal is agreeable with the Court, a person with authority to settle the California Action will attend the settlement conference.

2. **Plaintiffs' Motion to Compel Defendant NuWave, LLC to Disclose Information Regarding Technology Assisted Review and Sampling Pursuant to ESI Protocol.**

Prior to the November 26, 2019 telephonic status hearing, the parties were discussing potentially reducing the number of remaining unreviewed documents by eliminating some of the previously agreed-to search terms. Shortly before the last status, NuWave provided Plaintiffs with hit counts for the agreed search terms against the remaining unreviewed documents. On November 26, 2019, Plaintiffs provided a proposal to reduce search terms. Of the 724 agreed search terms, 441 terms hit on at least one document in the remaining unreviewed set. Plaintiffs' proposal reduced the 441 search terms to 357. Running the 357 proposed terms results in approximately 48,000 documents that would need be reviewed. NuWave has obtained a quote for reviewing these 48,000 from its ESI vendor but has not yet determine whether it will agree to review the proposed terms, offer a counterproposal, or propose shifting the cost of review. Because the parties are engaged in settlement discussions, and assuming a stay of discovery is ordered by the Court, the parties agree to table this issue to focus their resources on amicable resolution.

As mentioned in the last status report, the hit count process revealed a small number of documents that should have been hits on the targeted ESI search terms that NuWave chose to use for document review purposes. The responsive documents have been produced.

3. **Deposition Scheduling**

The following status on deposition scheduling is conditioned on the Court staying discovery:

a. **Rule 30(b)(6) Deposition**— The parties were previously considering December 18 or 19 for the Rule 30(b)(6) Deposition. Given the status of ESI discovery, Plaintiffs had yet to confirm whether to proceed with the deposition on one of those dates. The parties intend to select a later date in the event that settlement does not occur.

      b.      **Gene Kim and EY Cha**—NuWave previously offered January 7, 8, and 9, 2020 for these witnesses. A date has not yet been confirmed. If settlement efforts are unsuccessful, the parties would reschedule these depositions.

      c.      **Jay Moon**—NuWave's counsel had previously indicated that it anticipated that Mr. Moon would be available in early- to mid- January 2020 for his deposition. No date has been proposed. The parties will select a date based on the witness's availability if settlement discussions are unsuccessful.

      d.      **David Oland**—Plaintiffs' counsel was previously engaged in efforts to determine a date for Mr. Oland's deposition based on his availability. The parties will select a date based on the witness's availability if settlement discussions are unsuccessful.

      e.      **Plaintiffs DiSalvo, Foston, and Mendoza; Withdrawn Plaintiff Russell**— The parties previously confirmed the Plaintiffs' depositions for the following dates: December 16th (Plaintiff DiSalvo), December 17th (Plaintiff Foston), and December 20th (Plaintiff Mendoza). The parties have agreed to remove these dates from the calendar pending settlement discussions and will reschedule if necessary. Additionally, NuWave has been engaged in efforts to secure an appropriate means to serve withdrawn Plaintiff Russell, who resides in a remote part of West Virginia, with a subpoena for her deposition. NuWave has tabled these efforts pending settlement discussions.

**4.      Sanctions**

Counsel for Plaintiffs have presented defense counsel with a demand for fees incurred as a result of the withdrawal of NuWave's prior counsel. In order to foster productive settlement discussions, however, they have also advised that they do not require a response unless and until settlement discussions fail.

DATED: December 4, 2019

By: */s/ Hassan Zavareei*
HASSAN ZAVAREEI

Jeffrey M. Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd.
Suite 500
Fort Lauderdale, FL 33134
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

Melissa S. Weiner, Esq.
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Hassan A. Zavareei, Esq.
Matt Lanahan, Esq.
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Douglas A. Millen, Esq.
Robert J Wozniak, Esq.
Brian M Hogan, Esq.
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

*Attorneys for Plaintiffs*

DATED: December 4, 2019

By:   */s/ Nicholas S. Lee*
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Stephanie N. White
swhite@bdl-iplaw.com
**BISHOP DIEHL & LEE, LTD**
1475 E. Woodfield Rd., Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123
Facsimile: (847) 969-9124

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I, Nicholas S. Lee, hereby certify that on December 4, 2019, a copy of the foregoing Joint Status Report was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              */s/ Nicholas S. Lee*
                                              Nicholas S. Lee