IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH AGUILERA, TERESA DISALVO, EMMA MENDOZA, and SHAUNTIQUEA FOSTON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NUWAVE, LLC,<br><br>Defendant. | Case No. 1:18-cv-03550<br><br>Judge: Hon. Edmond Chang<br><br>Magistrate Judge: Hon. Jeffrey Cummings |
| KIANA HORN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUWAVE, LLC,<br><br>Defendant. | Case No. 1:20-cv-00263<br><br>Judge: Hon. Edmond Chang<br><br>Magistrate Judge: Hon. Jeffrey Cummings |

**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiffs Elizabeth Aguilera, Teresa Disalvo, Emma Mendoza, Shauntiquea Foston, Kiana Horn; Defendant NuWave, LLC; proposed Plaintiff, Kenneth Thompson; and proposed Defendant Jung S. Moon, through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs, attorneys' fees, and expenses. Given this Stipulation, no claims remain in this action and this Stipulation should thus end this action with finality.

| | |
|---|---|
| Dated: February 10, 2022 | Respectfully submitted,<br><br>/s/ *Hassan A. Zavareei*<br>Hassan A. Zavareei, Esq.<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>Jeffrey M. Ostrow, Esq.<br>Jonathan M. Streisfeld, Esq.<br>Joshua Levine, Esq.<br>**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**<br>One West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33134<br>Telephone: (954) 525-4100<br>Facsimile: (954) 525-4300<br><br>Melissa S. Weiner, Esq.<br>**PEARSON, SIMON & WARSHAW, LLP**<br>800 LaSalle Avenue<br>Suite 2150<br>Minneapolis, MN 55402<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610<br><br>Douglas A. Millen, Esq.<br>Robert J Wozniak, Esq.<br>Brian M Hogan, Esq.<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road<br>Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Facsimile: (224) 632-4521<br><br>*Attorneys for Plaintiffs*<br><br>/s/ *Stephanie N. White*<br>Edward L. Bishop<br>ebishop@bdl-iplaw.com<br>Nicholas S. Lee<br>nlee@bdl-iplaw.com<br>Benjamin A. Campbell<br>bcampbell@bdl-iplaw.com<br>Stephanie N. White<br>swhite@bdl-iplaw.com<br>**BISHOP DIEHL & LEE, LTD**<br>1475 E. Woodfield Rd., Suite 800<br>Schaumburg, IL 60173 |

Telephone: (847) 969-9123
Facsimile: (847) 969-9124

*Attorneys for Defendant*

3